# EXHIBIT B



# City of Murfreesboro, Tennessee
## Special Limited Event Beer Permit

State of Tennessee
County of Rutherford

Permit Number: 0473
Issued: August 18, 2022

Having established the facts and otherwise complied with the requirements of the Murfreesboro City Code,

# Tennessee Equality Project Foundation

is hereby permitted to engage in the business of <u>selling and serving on the premises</u> eight percent (8%) beer or Other Legalized Beverage made legal by such laws at

# Cannonsburgh Village
# 312 S Front Street

in Rutherford County on

## September 17, 2022
## Event hours of 3:00 p.m. and 10:00 p.m.
## Serving hours of 3:00 p.m. and 9:00 p.m.

This permit is not transferable.

Murfreesboro City Recorder

*Jennifer Brown*
Jennifer Brown

Post this permit in a conspicuous place at the location shown above!

LITHO IN U.S.A.

© GOES 34625



City of
MURFREESBORO
TENNESSEE

*. . . creating a better quality of life*

# Application for Special Limited Event Beer Permit

**PLEASE TYPE OR PRINT LEGIBLY WITH INK**

Date: ____7/15/2022____

Name of Non-Profit Organization: ____Tennessee Equality Project Foundation____
(Attach copy of IRS 501(c) ruling or financial statements)

Address of Organization: ____P.O. Box 330895____

City: ____Nashville____ State: __TN__ Zip: __37201__ Phone: ( 615 )212-3947

Contact Name: ____Leslie Russell Yost____ Contact Phone: ( 615 )631-5768

Date of Special Event: ____9/17/2022____

Time of Special Event: Begins: ____3pm____ a.m. or p.m. (circle one)

Ends: ____10pm____ a.m. or p.m. (circle one)

Period Beer Will Be Served: Begins: ____3pm____ a.m. or p.m. (circle one)

(Maximum of 12 hours) Ends: ____9pm____ a.m. or p.m. (circle one)

Exact Location of Event: ____Cannonsburgh Village, 312 South Front Street____
____Murfreesboro, TN 37129____

Nature and Purpose of Event: ____BoroPride, all ages community festival that will include____
____music, food trucks and vendors. This is the 6th annual____

Approximate Number of Persons Expected to Attend: ____4200__ event__

Date of Special Event: _____

Time of Special Event: Begins: _____ a.m. or p.m. (circle one)

Ends: _____ a.m. or p.m. (circle one)

Period Beer Will Be Served: Begins: _____ a.m. or p.m. (circle one)

(Maximum of 12 hours) Ends: _____ a.m. or p.m. (circle one)

Exact Location of Event: _____

Nature and Purpose of Event: _____

Approximate Number of Persons Expected to Attend: _____

Date of Special Event: _____

Time of Special Event: Begins: _____ a.m. or p.m. (circle one)

Ends: _____ a.m. or p.m. (circle one)

Date of Special Event: _____ August 21, 2021 _____

Time of Special Event:         Begins: _____ a.m. or p.m. (circle one)

                               Ends:   _____ a.m. or p.m. (circle one)

Period Beer Will Be Served:    Begins: _____ a.m. or p.m. (circle one)

(Maximum of 12 hours)          Ends:   _____ a.m. or p.m. (circle one)

Exact Location of Event: _____

_____

Nature and Purpose of Event: _____._____

_____

Approximate Number of Persons Expected to Attend: _____

**Attach sheets for additional events, not to exceed fifteen events during the calendar year.**

Do you agree not to employ any person that has been convicted of any violation of laws for the possession, sale, manufacture or transportation of intoxicating liquor or beer or any crime involving moral turpitude within the last ten years? (See Section 4-41 of Murfreesboro City Code for definition of crimes involving moral turpitude.) _____ Yes _____

Do you agree not to sell to minors, employ minors to serve beer or alcoholic beverages, or permit minors to loiter unchaperoned by a parent or guardian at the special event(s)? _____ Yes _____

Do you agree not to sell or offer for sale, or to give away or serve, or to permit to be consumed any beverage covered by this application except for the approved hours listed herein? _____ Yes _____

I have read and understand Chapter 4, Article III and IV, of the Murfreesboro City Code and agree to abide by said code and any revisions that may be made thereto. If this application is approved, I agree that it is approved as meeting all of the requirements of Chapter 4, Article III and IV, of the Murfreesboro City Code and understand that if any violation is discovered the permit may be revoked. I further acknowledge that approval does not give any assurance the laws will not be changed in the future which may result in the revocation of said permit.

Sign: _____   Title: 2021 BoroPride Committee Chair

Printed Name: _____ Leslie Russell Yost _____   Date: _____ 7/15/2022 _____

---

**FOR OFFICE USE ONLY – DO NOT WRITE IN AREA BELOW**

This application received by the City Recorder on the __17__ day of __August__, 20_22_ with an application fee of $50.00 as evidenced by receipt number __239140913-0001__.

Number of event days submitted for calendar year (include this application along with previous applications): __
__1__ (30 days is the maximum)

Confirmation of Identity
                          Driver's License  ☑   Other Government Issued ID  ☐

                          City Recorder _____ Jennifer Brown _____

APPROVED  ☑  Date _8_/_18_/_22_ By _Jennifer Br___
REJECTED  ☐  Date ___/___/___ By _____

City of Murfreesboro
Finance Misc
Murfreesboro, TN 37130
(615) 893-5210

9140913-0001 Heather L  08/17/2022 05:00PM

MISCELLANEOUS
 Beer Application Permit
 (BeerAp)
 2023    Item: BeerAp
 1 @ 50.00                                    50.00

                                              50.00

Subtotal                                      50.00
Total                                         50.00

CREDIT CARD                                   50.00

Change due                                     0.00

Comments: SPECIAL BEER PERMIT APPLICATION
BORO PRIDE 9/17/2022

Signature: _____

Thank you for your payment

CUSTOMER COPY

# Special Event Beer Application
Summary of information from the beer application:

8/18/22

| | |
|---|---|
| **Name of Non-Profit Organization** | Tennessee Equality Project Foundation |
| **Organization Address** | P.O. Box 330895 |
| | |
| **Event Location** | Cannonsburgh Village |
| | 312 S Front Street |
| **Event Date** | 9/17/2022 |
| **Event Time** | 3:00 p.m. until 10:00 p.m. |
| **Period for Beer to be Served** | 3:00 p.m. until 9:00 p.m. |
| **Nature and Purpose of Event** | BoroPride |
| **Approximate Number of Persons Expected to Attend** | 4200 |
| | |
| **Application Completed Properly?** | Yes |
| **Internal Revenue Letter Provided?** | Yes |

**The actual beer application is available in the office of the City Recorder.**