# EXHIBIT C

| From: | Sarah Mac |
| To: | Shane McFarland |
| Subject: | Re: [EXTERNAL]- Pride festival in MBoro |
| Date: | Friday, September 23, 2022 12:47:46 PM |

Last email: https://afn.net/culture/2022/09/22/faith-group-drag-queen-event-in-public-park-would-violate-state-law/

Jackson TN also dealing with this

On Fri, Sep 23, 2022, 12:44 PM Sarah Mac <mrsmacisaac@gmail.com> wrote:
https://www.lawserver.com/law/state/tennessee/tncode/tennessee_code_7-51-1407

TN law that criminalized this sort of activity

On Fri, Sep 23, 2022, 10:54 AM Sarah Mac <mrsmacisaac@gmail.com> wrote:
I very much appreciate it! And I appreciate you responding to my emails

On Fri, Sep 23, 2022, 10:08 AM Shane McFarland <smcfarland@murfreesborotn.gov> wrote:
I am looking into this video.  This is disturbing.

Thank you!
Shane McFarland
Mayor City of Murfreesboro

---

**From:** Sarah Mac <mrsmacisaac@gmail.com>
**Sent:** Thursday, September 22, 2022 11:09:59 PM
**To:** Shane McFarland <smcfarland@murfreesborotn.gov>
**Subject:** Re: [EXTERNAL]- Pride festival in MBoro

So simulating sex actions and taking money from kids isn't against the law? Where is the line? You are saying this constitutionally protected? Obscenity does not enjoy constitutional protection absolutely.

This was akin to taking kids to a strip club which obviously isn't legal.

You are mayor of this city. At the very least you could hang alerted MPD to be on alert.

On Thu, Sep 22, 2022, 8:18 PM Shane McFarland <smcfarland@murfreesborotn.gov> wrote:

Sarah,

The City of Murfreesboro was not involved in this activity.  We do not have the authority nor ability to stop a private gathering or something that is advertised to the public.  As much as I disagree with different gatherings or activities, I legally do not

have the authority to stop someone's freedom of speech or right to gather.  I took an oath to our constitution and as long as someone is not breaking the law….the City doesn't have the authority to usurp someone's constitutional rights.

Thanks for the email,

Shane McFarland

---

**From:** Sarah Mac <mrsmacisaac@gmail.com>
**Sent:** Thursday, September 22, 2022 3:54 PM
**To:** Shane McFarland <smcfarland@murfreesborotn.gov>
**Subject:** Re: [EXTERNAL]- Pride festival in MBoro

https://www.instagram.com/reel/Ci0lnDfp-F-/?igshid=YmMyMTA2M2Y=

You allowed this.

On Wed, Sep 7, 2022, 8:08 AM Shane McFarland <smcfarland@murfreesborotn.gov> wrote:

Sarah:

Thx for the email. Sorry for the late reply…I am out of the country.

The event you are referring to is a private event and the City is not affiliated in any way.  We don't get to pick and choose legally who can or who can't use City facilities.

Thank you!

Shane McFarland

Mayor City of Murfreesboro

---

**From:** Sarah Mac <mrsmacisaac@gmail.com>
**Sent:** Tuesday, September 6, 2022 11:14:19 PM
**To:** Shane McFarland <smcfarland@murfreesborotn.gov>
**Subject:** [EXTERNAL]- Pride festival in MBoro

You don't often get email from mrsmacisaac@gmail.com. Learn why this is important

Are you aware that there will be a "family friendly" drag show at the MBoro Pride festival this year? Have you seen news about these "family friendly" shows around the country  featuring provocative dancing , exposing themselves snd even getting kids on stage to twerk for money?

I URGE you to put a stop to this indecent behavior that exploits and harms children! There is nothing family friendly about this type of event.

Snippet from eventbrite below.