# EXHIBIT D



**TENNESSEE "ALL AGES" DRAG SHOW CAUGHT SEXUALIZING KIDS!**

 robbystarbuck  • Follow
Original audio

**robbystarbuck** This is what kids at #BoroPride in Murfreesboro, TN were exposed to at their "all ages" drag show. If you think this is appropriate for kids then you need your head examined. We will do everything possible to get illegal sexualization of kids further codified in the law and get it prosecuted. There will be no safe space in Tennessee to sexualize kids. We will have someone documenting events like this to ensure we put a stop to this. This has nothing to do with the sexual orientations of people involved. Kids don't belong at night clubs, sexual burlesque shows or strip clubs and they don't belong at drag shows. Despite what the left will say, there are a number of gay folks in TN supporting our fight to end these all

   

**1,956 likes**
SEPTEMBER 22, 2022

Log in to like or comment.



robbystarbuck  • Follow

Original audio

Despite what the left will say, there are a number of gay folks in TN supporting our fight to end these all ages shows! If you stand with us, share this video and send it to your legislators to demand they pass a bill to end the sexualization of children. Legislators can DM me or @landonstarbuck for an outline on what needs to be passed and we're happy to meet with you. Sponsors of #BoroPride include Advent Lutheran Church (No I'm not joking), Boro Hemp, CAT Financial, The Avenue in Murfreesboro, Fifth Third Bank, Contract Management Services (CMS), Good Human Real Estate, Dapper Owl Coffee Pub & Bakery, Dell Technologies, petsuites, The Pronoun Book, Harpeth Valley Dermatology, Truist, Wild Goose Chase, Realtors Karen & Bill Fluge and PLANNED

**TENNESSEE "ALL AGES" DRAG SHOW CAUGHT SEXUALIZING KIDS!**

      

**1,956 likes**

SEPTEMBER 22, 2022

Log in to like or comment.



Instagram    Search    Log In

robbystarbuck ✔ • Follow

Original audio

Book, Harpeth Valley Dermatology, Truist, Wild Goose Chase, Realtors Karen & Bill Fluge and PLANNED PARENTHOOD! All of them deserve to be asked if they support children watching this. I know none of them will ever have my business!

Edited · 53w

nickbishop45 Blame the parents. It is their responsibility to look after their children not everyone else

26w   Reply

balkanblonde @_erindery

47w   Reply

1,956 likes

SEPTEMBER 22, 2022

Log in to like or comment.

TENNESSEE "ALL AGES" DRAG SHOW CAUGHT SEXUALIZING KIDS!