# EXHIBIT E

| From: | Shane McFarland |
|---|---|
| To: | Craig Tindall; Adam Tucker; Angela Jackson |
| Subject: | Boro Pride |
| Date: | Friday, September 23, 2022 9:19:30 AM |

Attorney Client

https://nam11.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.instagram.com%2Freel%2FCi0InDfp-F-%2F%3Figshid%3DYmMyMTA2M2Y%3D&data=05%7C01%7Csmcfarland%40murfreesborotn.gov%7Cb9d8293f0874441cfc4408da9d198303%7C825fe0fe467b4ba8b4b6eb7d3ca901e1%7C0%7C0%7C637995030172016066%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6lk1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=Vwl0WU2%2FHC%2BEK8MWnzokneTkfei8mMkqG7aO75HRmFc%3D&reserved=0

Thank you!
Shane McFarland
Mayor City of Murfreesboro