# EXHIBIT G

# Memorandum

To: Angela Jackson, Executive Director, Community Services
Nate Williams, Director, Parks & Recreation Department

From: Craig Tindall, City Manage

Date: October 17, 2022

Re: Contracting Facility Use Consistent with Community Standards

Prior to contracting with any organization for use of a City facility, please gather the necessary information necessary to assure that their activity is planned and will be conducted within the community standards of Murfreesboro. If there are any questions about specific organization or plans, please call me.

Along these lines, for the reasons set forth in the attached letter the Parks & Recreation Department is prohibited from renting or otherwise contracting for use of a City facility by the Tennessee Equity Project Foundation or any entity affiliated with organization for purposes of renting a City facility.