# EXHIBIT H

| | |
|---|---|
| **From:** | Craig Tindall |
| **To:** | Austin Maxwell; Bill Shacklett; Craig Tindall; Jami Averwater; Kirt Wade; Madelyn Scales-Harris; Shane McFarland; Shawn Wright |
| **Cc:** | Adam Tucker; Brenda Davis; Darren Gore; Erin Tucker; Gary Whitaker; Jennifer Brown; Kenya Tigg; Mike Browning |
| **Subject:** | Letter to Tennessee Equity Project Foundation |
| **Date:** | Tuesday, October 18, 2022 2:01:14 PM |
| **Attachments:** | 10.18.22 TN Equality Project Foundation.pdf |

Mayor and Council:  Attached is a letter I have sent to the above organization. I assume most of you have heard about the event this organization presented at Cannonsburgh Village a few weeks ago. That event was advertised as a "family friendly." The special event permit submitted for the event stated it was to be for "all ages."  Unfortunately, a portion of the event involved performances of a sexual nature that intentional exposed children that type of content, a violation of state law, City Code, and the terms of the event permit. City code permits the City Manager to deny a permit to any organization that previously violated terms of a City permit, nor should a permit be issued to an organization that had violated the law in this manner.

Additionally, I have prohibited Parks & Recreation from enter into further rental contracts with this organization or entities affiliating with it.  In additional to presenting an event knowingly inconsistent with the community standards of Murfreesboro, this organization contracted for the event under false and misleading representations. For that reason, and in light of the clear intention of this organization and those similar to diminish, if not destroy, community standards necessary to protect children, no future agreement for the use of City facilities is warranted.

If you have question or wish to discussion this matter, call at any time.

Craig

615-653-7006