# EXHIBIT I

| | |
|---|---|
| **From:** | Nate Williams |
| **To:** | Craig Tindall |
| **Subject:** | Fwd: [EXTERNAL]- BoroPride 2023 Cannonsburgh venue |
| **Date:** | Wednesday, November 16, 2022 2:52:07 PM |

Craig,

Please see the email below.

Thanks,
Nate

Sent from my iPhone

Begin forwarded message:

**From:** BoroPride <boroprideevent@gmail.com>
**Date:** November 16, 2022 at 2:52:27 PM EST
**To:** Nate Williams <nwilliams@murfreesborotn.gov>
**Cc:** Leslie russell yost <lcrozone@gmail.com>, William Langston
<William.Langston@mtsu.edu>, chris@tnequalityproject.com
**Subject: [EXTERNAL]- BoroPride 2023 Cannonsburgh venue**

> You don't often get email from boroprideevent@gmail.com. Learn why this is important

Nate,

The planning committee for BoroPride Festival requests the use of
Cannonsburgh Village for our 7th annual event on Saturday, September 16,
2023, for the entire day. We would require use of the entire village, as we have
for 2021 and 2022 events, which encompasses the gravel parking lot, the
village, and the Greenway side of Cannonsburgh (the big field).

BoroPride Festival, an all ages event, which is free to attend, will include food
trucks, a beer tent, retail and informational vendors, and live entertainment
which includes, but is not limited to, live music, karaoke, and drag/artist
impersonation performances. BoroPride will continue to ensure that our
performers are aware the BoroPride Festival is an all ages event.

I'd like to know your decision by end of day Wednesday, November 30, 2022.

BoroPride is a program of the Tennessee Equality Project Foundation. The
TEP Foundation provides a variety of educational and organizing
programming pertaining to the equal rights of LGBTQ people in Tennessee.

Leslie Russell Yost (she/ her/ hers)
BoroPride Festival