# EXHIBIT J

| From: | Bob Burns |
| To: | Stella Yarbrough; Adam Tucker |
| Cc: | Jeff Preptit |
| Subject: | RE: Follow-up Information about BoroPride |
| Date: | Friday, May 26, 2023 4:47:45 PM |
| Attachments: | image001.png |

Stella, you are welcome.


Robert M. Burns
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
Direct: 615.921.5211
Office: 615.244.3370
Fax: 615.244.3518
rburns@howell-fisher.com

**From:** Stella Yarbrough <SYarbrough@aclu-tn.org>
**Sent:** Friday, May 26, 2023 3:47 PM
**To:** Bob Burns <rburns@howell-fisher.com>; Adam Tucker <atucker@murfreesborotn.gov>
**Cc:** Jeff Preptit <JPreptit@aclu-tn.org>
**Subject:** RE: Follow-up Information about BoroPride

Thank you for the update, Bob. I had emailing you on my to-do list this afternoon, so you beat me to it.

I'll look for your email next week with an update.

-Stella

**From:** Bob Burns <rburns@howell-fisher.com>
**Sent:** Friday, May 26, 2023 3:45 PM
**To:** Stella Yarbrough <SYarbrough@aclu-tn.org>; Adam Tucker <atucker@murfreesborotn.gov>
**Cc:** Jeff Preptit <JPreptit@aclu-tn.org>
**Subject:** RE: Follow-up Information about BoroPride

Stella,
Our apologies for not getting back to you as indicated below, this past Monday.  Just a crazy week for both Adam and me.
I send this to let you know that Adam and I had an executive session with the City Council last night. I anticipate the City getting back to you further within the next several days, likely next week sometime, regarding the application.
Have a great weekend.
Bob

Robert M. Burns
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
Direct:  615.921.5211
Office:  615.244.3370
Fax:  615.244.3518
rburns@howell-fisher.com

**From:** Bob Burns
**Sent:** Monday, May 15, 2023 10:49 AM
**To:** Stella Yarbrough <SYarbrough@aclu-tn.org>; Adam Tucker <atucker@murfreesborotn.gov>
**Cc:** Jeff Preptit <JPreptit@aclu-tn.org>
**Subject:** RE: Follow-up Information about BoroPride

Stella,
Thanks very much.
Bob

Robert M. Burns
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
Direct:  615.921.5211
Office:  615.244.3370
Fax:  615.244.3518
rburns@howell-fisher.com

**From:** Stella Yarbrough <SYarbrough@aclu-tn.org>
**Sent:** Monday, May 15, 2023 9:54 AM
**To:** Bob Burns <rburns@howell-fisher.com>; Adam Tucker <atucker@murfreesborotn.gov>
**Cc:** Jeff Preptit <JPreptit@aclu-tn.org>
**Subject:** RE: Follow-up Information about BoroPride

Thanks, Bob.

Yes, that will work. I'll let our client know.

Thanks again for your diligence here.

-Stella

**From:** Bob Burns <rburns@howell-fisher.com>

**Sent:** Friday, May 12, 2023 4:00 PM
**To:** Stella Yarbrough <SYarbrough@aclu-tn.org>; Adam Tucker <atucker@murfreesborotn.gov>
**Cc:** Jeff Preptit <JPreptit@aclu-tn.org>
**Subject:** RE: Follow-up Information about BoroPride

Stella,

Thanks for your email.

I acknowledge your comments about status and where things stand.

Adam and I have met and talked several times, and I have interacted with others at the City, since our last emails.

Adam is looking into an executive session with the Council this week.

To that end, Adam and I would like to suggest that we have until Monday, next, May 22, for us get back to you on behalf of the City.

Will that work for you?

Bob

Robert M. Burns
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
Direct: 615.921.5211
Office: 615.244.3370
Fax: 615.244.3518
rburns@howell-fisher.com

---

**From:** Stella Yarbrough <SYarbrough@aclu-tn.org>
**Sent:** Friday, May 12, 2023 11:44 AM
**To:** Bob Burns <rburns@howell-fisher.com>; Adam Tucker <atucker@murfreesborotn.gov>
**Cc:** Jeff Preptit <JPreptit@aclu-tn.org>
**Subject:** RE: Follow-up Information about BoroPride

Hi Bob and Adam,

I am writing to see where we are with the permit application. At some point, delay becomes constructive denial. BoroPride would like to be able to start planning the event.

Do you all know where the City would be on this?

Thanks,

Stella

**Stella Yarbrough** (she/her)
Legal Director
ACLU Foundation of Tennessee

P.O. Box 120160
Nashville, Tennessee 37212
615-320-7142
615-645-5070 (Direct line)
www.aclu-tn.org



This email was sent by an attorney or her agent, is intended only for the addressee's use, and may contain confidential and privileged information. If you are not the intended recipient, you are hereby notified that any retention, dissemination, reproduction or use of the information contained in this email is strictly prohibited. If you have received this email in error, please delete it and immediately notify the sender by reply email. Nothing in this email should be construed as a commitment by the sender or ACLU-TN to represent the addressee in any matter. Thank you for your cooperation.

**From:** Bob Burns <rburns@howell-fisher.com>
**Sent:** Tuesday, April 25, 2023 9:23 AM
**To:** Stella Yarbrough <SYarbrough@aclu-tn.org>; Adam Tucker <atucker@murfreesborotn.gov>
**Cc:** Jeff Preptit <JPreptit@aclu-tn.org>
**Subject:** RE: Follow-up Information about BoroPride

Stella,
Thank you for this email.
Thank you, too, for providing the information below.
Adam and I were both out of town late last week thru the weekend at a conference. I am still out of town and will not be back to Nashville until Thursday.
Adam and I are working to set a meeting with the City for sometime next week. Once we have that meeting, we will get back to you.
Please let me know if you have any questions.
Bob

Robert M. Burns
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
Direct: 615.921.5211
Office: 615.244.3370
Fax: 615.244.3518
rburns@howell-fisher.com

**From:** Stella Yarbrough <SYarbrough@aclu-tn.org>
**Sent:** Friday, April 14, 2023 2:52 PM

**To:** Adam Tucker <atucker@murfreesborotn.gov>; Bob Burns <rburns@howell-fisher.com>
**Cc:** Jeff Preptit <JPreptit@aclu-tn.org>
**Subject:** Follow-up Information about BoroPride

[Confidential]
Hi Adam and Bob,

We discussed on our call on Tuesday that I would write to you all to provide some additional information about BoroPride. Here is what I know thus far:

1. Re: Agenda.
   a. BoroPride does not have a written agenda, or schedule of performers, yet. They typically have this set about a month before the event.
   b. For now, very generally, they plan to have vendor booths, food trucks, musical performances and drag performances.
   c. We can get more info to you once things firm up, but with the caveat, again not telling you anything you don't know, but intense scrutiny of the content of the performances raises a bit of a flag for me.
2. Re: Relationship with Performers.
   a. Performers are paid for their performances but there is no uniform contracting process.
   b. We can share that performers are and will be instructed that this is an all-ages event.
3. Re: Age Limits on Entrants.
   a. BoroPride does not believe any parts of the festival will need to be 18+ only. This is an event for families and people of all ages.
4. Re: Meeting with Council or other decision-makers.
   a. BoroPride is open to having a meeting to discuss. I'm open to your thoughts on how to think through the details here.

More generally, I conveyed the information about the roads being under construction and that just being a practical concern. Thank you for letting us know. I am aware that the information I am giving above may not be as in-depth as you were hoping for. Let me know if there is specifically anything else you'd like to see or pass on to the decision makers, again though, knowing that the permit should be issued or denied regardless of agreement or disagreement with the content of the speech.

Have a good weekend and a productive conference. Talk to you all next week,

Stella

**Stella Yarbrough** (she/her)
Legal Director
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, Tennessee 37212
615-320-7142

615-645-5070 (Direct line)
www.aclu-tn.org



This email was sent by an attorney or her agent, is intended only for the addressee's use, and may contain confidential and privileged information. If you are not the intended recipient, you are hereby notified that any retention, dissemination, reproduction or use of the information contained in this email is strictly prohibited. If you have received this email in error, please delete it and immediately notify the sender by reply email. Nothing in this email should be construed as a commitment by the sender or ACLU-TN to represent the addressee in any matter. Thank you for your cooperation.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.