# EXHIBIT K



June 1, 2023

Via U.S. Mail and Email (boroprideevent@gmail.com)

Leslie Russell Yost
Tennessee Equality Project Foundation
2723 Berrywood Drive
Nashville, TN 37204

Ms. Yost:

I have considered your November 16, 2022 email to Nate William, Director of Parks and Recreation, requesting a Use Agreement for an event that the TEP desires to conduct at Cannonsburgh Village in September 2023. That location is unavailable due to planned construction in the area.

I would also refer you to my letter of October 17, 2022. TEP has refused to address the issues that I identified in that letter. For example, TEP has failed to identify specific and concrete steps it is willing to take to prevent a drag performer from touching a minor in a sexually suggestive manner during a performance. On the contrary, based on the November email and subsequent discussion with City representatives, TEP plans to conduct an event in the same manner as the 2022 event, which would permit this type of conduct being repeated.

Should TEP agree to forgo the type of performance referenced in my previous letter and accept responsibility for conduct at the TEP-sponsored event as is required under the City's Use Agreement, a suitable location for the remainder of the event could be discussed. Alternatively, if TEP desires to sponsor the type of performance it sponsored last year, suitable restrictions and an appropriate location may be discussed. To date, TEP has rejected these discussions. Therefore, TEP provides no basis for further consideration of the organization's request.

Craig D. Tindall
City Manager