# EXHIBIT L

Robert M. Burns
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
Direct: 615.921.5211
Office: 615.244.3370
Fax: 615.244.3518
rburns@howell-fisher.com

Adam F. Tucker
City of Murfreesboro | Legal Department
111 W Vine St | Murfreesboro, TN | 37130
p: 615-849-2616 | f: 615-849-2662
atucker@murfreesborotn.gov



**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

Tennessee

July 7, 2023

<u>**Via Email**</u>

<u>**Re: BoroPride Permit Request to the City of Murfreesboro**</u>

Dear Bob and Adam,

I am writing to you regarding BoroPride's permit request to use Cannonsburgh Village for a Pride event on September 16, 2023. As you know, this permit request was submitted by Leslie Russell Yost on November 16, 2022.

To date, the City of Murfreesboro has not granted this request.

ACLU-TN has been engaged in negotiations with you on behalf of our client, Tennessee Equality Project (the parent organization of BoroPride) to secure this permit for several months. ACLU-TN was retained after City Manager, Craig D. Tindall, issued a letter to BoroPride on October 17, 2022, alleging that BoroPride's previous Pride event on September 17, 2022 was not "family friendly" and contained "conduct and speech of an explicitly sexual nature." As a result of these generalized allegations, Mr. Tindall stated BoroPride would be precluded from entering into "further rental agreements with the Parks and Recreation Department" and the City Manager would "deny future special events permit[s] submitted by [the] organization."

At our video conference on April 11, 2023, we discussed that drag performance is protected speech under the First Amendment and that the First Amendment cannot tolerate the denial of a permit simply because a municipality disagrees with the content of the speech. I also stated that BoroPride would comply with relevant state and local laws in hosting this event, as it has for the past seven years, and that the City could enforce its ordinances should there be a violation.

You requested, on behalf of the City, further information regarding: (1) BoroPride's scheduled agenda; (2) BoroPride's contractual relationships with Pride performers; (3) whether the event would be limited to adults; and (4) whether a meeting with the City would be helpful in resolving the permit request. I provided a response to this request on April 14, 2023. Specifically, I outlined the following:

1. *Re: Agenda.*
   a. *BoroPride does not have a written agenda, or schedule of performers, yet. They typically have this set about a month before the event.*
   b. *For now, very generally, they plan to have vendor booths, food trucks, musical performances and drag performances.*
   c. *We can get more info to you once things firm up, but with the caveat, again not telling you anything you don't know, but intense scrutiny of the content of the performances raises a bit of a flag for me.*
2. *Re: Relationship with Performers.*
   a. *Performers are paid for their performances but there is no uniform contracting process.*
   b. *We can share that performers are and will be instructed that this is an all-ages event.*
3. *Re: Age Limits on Entrants.*
   a. *BoroPride does not believe any parts of the festival will need to be 18+ only. This is an event for families and people of all ages.*
4. *Re: Meeting with Council or other decision-makers.*
   a. *BoroPride is open to having a meeting to discuss. I'm open to your thoughts on how to think through the details here.*



On May 12, 2023, having not received a decision from the City, I emailed you both, writing in part: "At some point, delay becomes constructive denial. BoroPride would like to be able to start planning the event." You responded that you would have an answer for us by May 22, 2023. On May 22, 2023, you explained that answer would be further delayed.

On June 1, 2023, you sent a letter to ACLU-TN from Craig Tindall. This letter was addressed to Ms. Yost, the requestor of the permit. It states that the requested area, Cannonsburgh Village will be under construction in September 2023. It also states that Tennessee Equality Project ("TEP") "has failed to identify specific and concrete steps it is willing to take to prevent a drag performer from touching a minor in a sexually suggestive manner during a performance." The letter further states: "Should TEP forgo the type of performance referenced in my previous letter and accept responsibility for conduct at the TEP-sponsored event as is required under the City's Use Agreement, a suitable location for the remainder of the event could be discussed. Alternatively, if TEP desires to sponsor the type of performance it sponsored last year, suitable restrictions and an appropriate

location may be discussed. To date, TEP has rejected these discussions. Therefore, TEP provides no basis for further consideration of the organization's request."

After receiving this letter, ACLU-TN discussed with you both the possibility of a meeting with City representatives to determine what the City would specifically require of TEP. A meeting time was never selected, however, because, among other things, on June 15, 2023, the City of Murfreesboro passed Ordinance 23-O-22—effectively canonizing Mr. Tindall's October 2022 letter to BoroPride.

Given the sweeping scope of this Ordinance, the nearly eight months that have lapsed since BoroPride's permit application, and the failure after months of discussion to obtain a permit, I am writing to you now to request that the City of Murfreesboro:



**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

Tennessee

(1) State in writing the exact terms by which a permit will be issued to BoroPride, including an exact and detailed description of behavior that will or will not be allowed and the reasoning for imposing these additional terms on BoroPride, and what "suitable restrictions" and "appropriate location" the City proposes; or

(2) State in writing the reasons why TEP's November 2022 permit request is denied.

TEP is willing to select another public location or an October or November date in light of the planned construction in Cannonsburgh Village in September 2023. Therefore, construction should not be a reason to deny the permit.

Please respond by **July 14, 2023**.

Be advised that ACLU-TN and ACLU will take appropriate legal action to protect the First Amendments rights of their client. This letter serves as notice that litigation may be forthcoming; subsequently, the City of Murfreesboro and its agents should preserve and refrain from modifying or destroying all documents and communication, including electronically stored documents and communication, relevant to this issue.

Letter to City of Murfreesboro, Tennessee
July 7, 2023
Page 4 of 4

Regards,

Stella Yarbrough
ACLU-TN, Legal Director
(615) 645-5070
syarbrough@alcu-tn.org

