# EXHIBIT M

LAW OFFICES

# HOWELL & FISHER

PLLC

3310 WEST END AVENUE

SUITE 550

NASHVILLE, TENNESSEE 37203-1089

(615) 244-3370

FAX (615) 244-3518

DIRECT (615) 921-5211

WWW.HOWELL-FISHER.COM
rburns@howell-fisher.com

FREDERICK W. HODGE, JR.
ROBERT M. BURNS
G. ANDREW ROWLETT*
GREGORY W. CALLAWAY
NEIL M. MCINTIRE*
STEPHEN W. ELLIOTT

OF COUNSEL:
DARRELL G. TOWNSEND
WILLIAM B. JAKES, III

RETIRED:
TRACY SHAW*

*RULE 31 LISTED GENERAL
CIVIL MEDIATOR

FETLEWORK S. BALITE-PANELO
MARIA T. de QUESADA
ELLE G. KERN
SAMANTHA A. BURNETT
HANNAH G. MOORE

_____

MORTON B. HOWELL
1919-2000

DOUGLAS M. FISHER
1927-2019

July 20, 2023

**VIA EMAIL: syarbrough@aclu-tn.org**
Stella Yarbrough
Legal Director, ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212

Re: **BoroPride Permit Request to the City of Murfreesboro**

Dear Stella,

Thank you for your letter of July 7, 2023. I appreciate you agreeing to the additional time I requested for the City to present its response. I regret we were unable to set up the in-person meeting we discussed. I think we can all agree that our schedules over the past several weeks simply got away from us.

Your letter of July 7 references and contains a good deal of content, related to both the timeline of the various interactions between our clients, and the substance of those interactions and communications. To be sure, the City does not take issue with what you have represented as to the dates. And, while the full content of either our clients' or counsel's written communications are not contained in your letter of July 7, I think we can agree that all those communications speak for themselves.

The City acknowledges TEP's openness to a potential alternate location, other than the Cannonsburgh Village, if a suitable location is available. Significant information about the event would need to be provided to the City, however. Given what may be some logistical issues with site location, it may be easier to engage in direct discussions regarding location details, as opposed to trying to hash that out in this or future correspondence.

Turning now to your request on page 3 of 3 of your letter, the City states it will not issue the permit based on the current status of communications between the City and TEP because TEP has not provided the required information about the planned event and has not granted the City any assurances or identified any steps it will take to ensure that performers do not engage in sexually suggestive conduct with minors. If TEP desires to engage in a productive discussion regarding these issues, the City remains available.

Best regards,

**/s/ *Robert M. Burns***

Robert M. Burns