# EXHIBIT O

# ARTICLE III. - EXPOSING MINORS TO HARMFUL MATERIALS

*Footnotes:*

*--- **(1)** ---*

***Editor's note—*** *Ord. No. 77-36 §1, adopted Nov. 23, 1977, amended this Code by adding provisions designated as Ch. 38. Said provisions have been redesignated as Ch. 21, Art. III, §§21-71—21-74, for purposes of classification and in order to maintain the alphabetical sequence of the Code chapters.*

***Editor's note—*** *Ord. No. 77-36 § 1, added Chap. 38, renumbered Chap. 21.*

## Section 21-71 - Definitions.

As used in this article:

*"Minor"* means any person under the age of 17 years.

*"Nudity"* means the showing of the human male or female genitals, pubic area or buttocks with less than a full opaque covering, or the showing of the female breast with less than a full opaque covering of any portion thereof below the top of the nipple, or the depiction of covered male genitals in a discernibly turgid state.

*"Sexual conduct"* means acts of masturbation, homosexuality, sexual intercourse, or physical contact with a person's clothed or unclothed genitals, pubic area, buttocks or, if such person be a female, breast.

*"Sexual excitement"* means the condition of human male or female genitals when in a state of sexual stimulation or arousal.

*"Sado-masochistic abuse"* means flagellation or torture by or upon a person clad in undergarments, a mask or bizarre costume, or the condition of being fettered, bound or otherwise physically restrained on the part of one so clothed.

*"Harmful to minors"* means that quality of any description or representation, in whatever form, of nudity, sexual conduct, sexual excitement or sado-masochistic abuse, when it:

   (1)   predominantly appeals to the prurient, shameful or morbid interest of minors;

   (2)   is patently offensive to prevailing standards in the adult community as a whole with respect to what is suitable material for minors; and,

   (3)   the work, taken as a whole, lacks serious literary, artistic, political, or scientific value.

*"Knowingly"* means having general knowledge of, or reason to know, or a belief or ground for belief which warrants further inspection or inquiry of both:

   (1)   the character and content of any material described herein which is reasonably susceptible of examination by the defendant; and

   (2)   the age of the minor; provided however, that an honest mistake shall constitute an excuse from liability hereunder if the defendant made a reasonable bona fide attempt to ascertain the true age of such minor.

(Ord. No. 77-36 § 1, 11-23-77)

## Section 21-72 - Sale or loan for monetary consideration of certain materials to minors prohibited.

It shall be unlawful for any person knowingly to sell or loan for monetary consideration to a minor:

  (A)   Any picture, photograph, drawing, sculpture, motion picture film, or similar visual representation or image of a person or portion of the human body which depicts nudity, sexual conduct or sado-masochistic abuse and which is harmful to minors; or,

  (B)   Any book, pamphlet, magazine, printed matter however reproduced, or sound recording which contains any matter enumerated in subparagraph (A) hereof, or explicit and detailed verbal descriptions or narrative accounts of sexual excitement, sexual conduct or sado-masochistic abuse and which, taken as a whole, is harmful to minors.

(Ord. No. 77-36 § 1, 11-23-77)

## Section 21-73 - Exhibition to minors of certain shows prohibited.

It shall be unlawful for any person knowingly to exhibit for a monetary consideration to a minor or knowingly to sell to a minor an admission ticket or pass or knowingly to admit a minor for a monetary consideration to premises whereon there is exhibited a motion picture, show or other presentation which, in whole or in part, depicts nudity, sexual conduct or sado-masochistic abuse and which is harmful to minors.

(Ord. No. 77-36 § 1, 11-23-77)

## Section 21-74 - Penalty.

Whenever in this article any act is prohibited or is made or declared to be unlawful or an offense or a misdemeanor, or the doing of any act is required or the failure to do any act is declared to be unlawful or an offense, the violation of any such provision of this article shall be punished as provided in Code § 1-8. Each violation of any provision of this article shall constitute a separate offense.

Case 3:23-cv-01044    Document 1-15    Filed 10/06/23    Page 2 of 3 PageID #: 121

(Ord. No. 77-36 § 1, 11-23-77)

## Section 21-75 - Erotic dance facilities.

(A)   An erotic dance studio is defined as a fixed place of business which emphasizes and seeks, through one or more dancers, to arouse or excite the patron(s)' sexual desires.

(B)   An erotic dance studio owner(s) and operator(s) shall maintain and retain for a period of two years the names, addresses, and ages of all persons employed as dancers.

(C)   It shall be unlawful for any person maintaining, owning, or operating an erotic dance studio located within the City:

(1)   to permit dancing at any location other than a platform intended for that purpose which is raised at least two feet from the level of the floor;

(2)   to permit dancing closer than ten feet to any patron;

(3)   to permit any dancer to fondle or caress any patron or to permit any patron to fondle or caress any dancer; or,

(4)   to permit any patron to directly pay or give any gratuity to any dancer or to permit any dancer to solicit any pay or gratuity from any patron.

(D)   It shall be unlawful for any erotic dancer to dance at any location other than a platform intended for that purpose which is raised at least two feet from the level of the floor.

(E)   It shall be unlawful for any erotic dancer to dance closer than ten feet to any patron.

(F)   It shall be unlawful for any erotic dancer to fondle or caress any patron and no patron shall fondle or caress any dancer.

(G)   Any person who shall violate any provision of this section shall be guilty of an offense against the City punishable as provided in Code § 1-8.

(Ord. No. 93-O-06 § 1, 05-27-93)

## Sections 21-76—21-79 - Reserved.