# EXHIBIT P

**From:** Adam Tucker <atucker@murfreesborotn.gov>
**Sent:** Friday, September 29, 2023 9:32 AM
**To:** Stella Yarbrough <SYarbrough@aclu-tn.org>; rburns@howell-fisher.com
**Subject:** RE: [EXTERNAL]- Enforcement of Ordinance (23-O-22) at 2023 BoroPride event

Dear Stella,

With respect to your first three questions, I refer you to the text of the ordinance itself, City Code § 21-22, which defines "public space." Real property owned by MTSU or the State of Tennessee do not qualify as "public space" under either section 21-22(B)(a) or (b). With respect to your last question, the City's streets and sidewalks obviously do constitute "public space" under the ordinance, as do the City's buses.

Sincerely,

Adam

Adam F. Tucker
City Attorney
City of Murfreesboro
111 West Vine Street
Murfreesboro, TN 37130
Telephone: (615) 849-2616
Facsimile: (615) 849-2662
Email: atucker@murfreesborotn.gov

UNAUTHORIZED READING, USE, OR DISTRIBUTION OF THIS MESSAGE IS PROHIBITED. IF YOU ARE NOT THIS MESSAGE'S INTENDED RECIPIENT, PLEASE CALL ME, RETURN THE MESSAGE TO ME AND DELETE THE MESSAGE FROM YOUR COMPUTER AND/OR NETWORK SERVER.

**From:** Stella Yarbrough <SYarbrough@aclu-tn.org>
**Sent:** Wednesday, September 27, 2023 4:04 PM
**To:** Adam Tucker <atucker@murfreesborotn.gov>; rburns@howell-fisher.com
**Subject:** [EXTERNAL]- Enforcement of Ordinance (23-O-22) at 2023 BoroPride event

Hi Adam and Bob:

The 2023 BoroPride Festival is currently scheduled to take place October 28, from 1:00 p.m. to 8:00 p.m, at the Miller Coliseum on the campus of Middle Tennessee State University. While it is our understanding that this venue is not a

"Public space" as defined in the recently passed "Community Decency" Ordinance (23-O-22) (the "Ordinance"), we are still concerned that the City of Murfreesboro may nevertheless attempt to enforce the Ordinance against 2023 BoroPride organizers, performers, and/or attendees, even though the venue has changed from its traditional Cannonsburgh Village location.  As such, I was hoping you might be able to provide some clarity on the following questions:

1. Does the City believe it has authority to enforce the Ordinance against organizers, performers, and/or attendees of the 2023 BoroPride Festival at MTSU?

2. Is it the City's opinion that the campus of MTSU constitutes a "Public space" as that term is defined in the Ordinance?

3. Is it the City's opinion that the Ordinance is enforceable against 2023 BoroPride organizers, performers, and/or attendees with respect to conduct that takes place solely on the campus of MTSU?

4. Is it the City's opinion that the Ordinance is enforceable against 2023 BoroPride organizers, performers, and/or attendees with respect to conduct that takes place while those individuals are passing through "Public spaces" (as defined in the Ordinance) on their way to or from the 2023 BoroPride festival?

Given that the BoroPride Festival is scheduled to take place in a few weeks, we would appreciate your responses to these questions by October 2, 2023.


Regards,

Stella

**Stella Yarbrough** (she/her)
Legal Director
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, Tennessee 37212
615-320-7142
615-645-5070 (Direct line)
www.aclu-tn.org



This email was sent by an attorney or her agent, is intended only for the addressee's use, and may contain confidential and privileged information. If you are not the intended recipient, you are hereby notified that any retention, dissemination, reproduction or use of the information contained in this email is strictly prohibited. If you have received this email in error, please delete it and immediately notify the sender by reply email. Nothing in this email should be construed as a commitment by the sender or ACLU-TN to represent the addressee in any matter. Thank you for your cooperation.