# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

TENNESSEE EQUALITY PROJECT )
FOUNDATION, INC. )      **Case No. 3:23-cv-01044**
)      **Chief Judge Crenshaw**
v. )      **Magistrate Judge Holmes**
)
CITY OF MURFREESBORO, )
TENNESSEE *et al.* )

## O R D E R

A telephonic case management conference will be held on **Tuesday, October 17, 2023, at 10:00 a.m. (CT)**, using the Court's conference line at 1-877-402-9753, access code 3808663#, to discuss the following: (i) the extent to which, if any, either written discovery or depositions are necessary in connection with Plaintiff's motion for a preliminary injunction (Docket No. 8) and timing of such discovery; (ii) the schedule for responsive briefing of Plaintiff's motion; (iii) proposed hearing dates for Plaintiff's motion; and, (iv) any other necessary procedural matters regarding Plaintiff's motion.

Plaintiff's counsel is responsible for notifying Defendants' counsel of this telephonic case management conference. Specifically, and in addition to any other notice, Plaintiff's counsel must promptly upon receipt of this Order, and by no later than 2:00 p.m. (CT) on October 16, 2023, Plaintiff's counsel must a copy of this Order on the lawyers with whom Plaintiff's counsel has had discussions about the preliminary injunction motion and who are described in the Certificate of Conference (Docket No. 8 at 4) as "likely to represent the City, City Council, and City Officials in their official capacities and … the City Officials sued in their individual capacities" (*id.*), by email, fax, or other means to ensure the most expeditious notice. Plaintiff's counsel must file a

certificate of notice confirming notice to Defendants' counsel and service of this Order as instructed.

Further, at least one lawyer for each of Plaintiff, the City, the City Council, the City Officials in their official capacities, and the City Officials in their individual capacities must participate in the October 17 telephonic case management conference.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

2