# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

TENNESSEE EQUALITY PROJECT
FOUNDATION, INC.,

        **Plaintiff,**

    **v.**

THE CITY OF MURFREESBORO, et al.,

        **Defendants.**

**Case No. 3:23-cv-01044**

**Chief Judge Waverly D. Crenshaw**

**Magistrate Judge Barbara D. Holmes**

## <u>CERTIFICATE OF NOTICE</u>

Pursuant to the Court's Order of October 16, 2023 regarding the scheduling of a telephonic case management conference in the above-captioned case (Docket No. 10) (the "Order"), Plaintiff hereby provides notice that it served a copy of the Order to those attorneys "likely to represent the City, City Council, and City Officials in their official capacities and . . . the City Officials sued in their individual capacities," via an email sent at 11:34 am Central Time by Plaintiff's attorney Stella Yarbrough that was addressed to the following persons:

- Samantha A. Burnett
  Howell & Fisher, PLLC
  SBurnett@howell-fisher.com

- Robert M. Burns
  Howell & Fisher, PLLC
  rburns@howell-fisher.com

- Elizabeth Fox
  Howell & Fisher, PLLC
  efox@howell-fisher.com

- Kristin E. Berexa
  Farrar Bates Berexa, LLC
  kberexa@fbb.law

- Cassandra M. Crane
  Farrar Bates Berexa, LLC
  ccrane@fbb.law

Respectfully submitted,

*/s/ J. Alex Little*
J. Alex Little, # 029858
Burr Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
(615) 724-3200
alex.little@burr.com

Stella Yarbrough, # 033637
Lucas Cameron-Vaughn, # 036284
Jeff Preptit, # 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Li Nowlin-Sohl (*pro hac vice forthcoming*) (admitted only in Washington)
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org

Michael P. Robotti (*pro hac vice forthcoming*)
Jacquelyn N. Schell (*pro hac vice forthcoming*)
Catherine I. Seibel (*pro hac vice forthcoming*)
D. Alan White (*pro hac vice forthcoming*)
Andrew M. Hensley (*pro hac vice forthcoming*)
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
(212) 223-0200
robottim@ballardspahr.com
schellj@ballardspahr.com
seibelc@ballardspahr.com
whiteda@ballardspahr.com
hensleyd@ballardspahr.com

2

## CERTIFICATE OF SERVICE

I certify that on the 16th day of October, 2023, parties were emailed as described above.

*/s/ J. Alex Little*

3