IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TENNESSEE EQUALITY PROJECT FOUNDATION, INC. | ) ) ) ) ) ) ) ) | Case No. 3:23-cv-01044
| | Chief Judge Crenshaw |
| v. | Magistrate Judge Holmes |
| CITY OF MURFREESBORO, TENNESSEE *et al.* | |

**O R D E R**

Pursuant to the Court's order of October 16, 2023 (Docket No. 10), a telephonic case management conference was held on October 17, 2023, to discuss scheduling and other matters related to Plaintiff's motion for a preliminary injunction. (Docket No. 8.) Counsel participating were: Michael Robotti, Jacquelyn Schell, Alex Little, Lucas Cameron-Vaughn, and Jeff Preptit for Plaintiff; Robert Burns and Samantha Burnett for Defendants City of Murfreesboro, City Council of Murfreesboro and the individual City officials in their official capacities; and, Kristin Berexa and Cassandra Crain for Defendant Craig Tindell in his individual capacity.[1] From discussion during the case management conference, it appears that there is a reasonable prospect of an agreed-upon resolution of the issues raised in Plaintiff's motion that relate specifically to the BoroPride Festival event scheduled for October 28, 2023. Accordingly, the following is ORDERED:

1. The attorneys for the parties must continue their efforts to reach a resolution of the issues raised in Plaintiff's motion in connection with the BoroPride Festival event scheduled

---

[1] Ms. Berexa and Ms. Crane have not yet been retained to represent Defendant Shane McFarland in his individual capacity but anticipate a likelihood of that additional representation. Because it was clarified by Plaintiff's counsel that no preliminary injunctive relief is being sought against the City officials in their individual capacities, the lack of appearance on behalf of Defendant McFarland in his individual capacity does not affect the outcome.

for October 28, 2023. Further, the parties must be available for conference with their respective attorneys for the entire duration of the attorneys' discussions.

2. A status conference will be held on **Thursday, October 19, 2023, at 10:00 a.m. (CT)**, using the Court's conference line at 1-877-402-9753, access code 3808663#, for the attorneys to update the Court on the status of their efforts to reach a resolution or, in the absence of a resolution, for the Court to set a briefing and hearing schedule on Plaintiff's motion.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge