# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

MICHAEL  P.  ROBOTTI , Bar # MR4824

was duly admitted to practice in the Court on

June 22, 2010

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  October 3, 2023
New York, New York

Ruby J. Krajick  By
Clerk of Court  Deputy Clerk