# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

JACQUELYN  NICOLE  SCHELL , Bar # JS7673

was duly admitted to practice in the Court on

January 26, 2016

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  October 4, 2023
New York, New York

Ruby J. Krajick

Clerk of Court

By

s/ V. Adolphe
Deputy Clerk