# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

CATHERINE  SEIBEL , Bar # CS6119

was duly admitted to practice in the Court on

September 18, 2018

and is in good standing as a member of the Bar of this Court

Dated at       500 Pearl St.            On       October 3, 2023
               New York, New York

Ruby J. Krajick            By       s/ V. Adolphe
Clerk of Court                       Deputy Clerk