**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE CITY OF MURFREESBORO, et al.,**<br><br>**Defendants.** | **Case No. 3:23-cv-01044**<br><br>**Chief Judge Waverly D. Crenshaw**<br><br>**Magistrate Judge Barbara D. Holmes** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee,   **D. Alan White**   hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiff, **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.**

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States Court of Appeals for the Federal Circuit. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6.      I have not been charged, arrested, or convicted of a criminal offense or offenses.

7.      I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Alex Little, # 029858
Burr Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
(615) 724-3200
alex.little@burr.com

8.      I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.      By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

*/s/D. Alan White*
D. Alan White

| | |
|---|---|
| **Name:** | D. Alan White |
| **State where admitted and State Bar Number:** | Georgia 410546 |
| **Business Address:** | Ballard Spahr LLP 999 Peachtree Street NE, Suite 1600 Atlanta, GA 30309 |
| **Local Address [if different from above]:** | N/A |
| **Phone:** | (678) 420-9300 |
| **Email:** | whiteda@ballardspahr.com |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused a copy of the foregoing Motion for Admission

*Pro Hac Vice* to be served on all counsel of record via the CM/ECF system and on the following

unrepresented Defendants by U.S. mail, first class, postage prepaid:

| | |
|---|---|
| The City of Murfreesboro, Tennessee<br>City Hall<br>111 W Vine St.<br>Murfreesboro, TN 37130 | City Council of Murfreesboro<br>City Hall<br>111 W Vine St.<br>Murfreesboro, TN 37130 |
| Jamie Averwater<br>City Hall<br>111 W Vine St.<br>Murfreesboro, TN 37130 | Michael Bowen<br>City Hall<br>111 W Vine St.<br>Murfreesboro, TN 37130 |
| Kevin Jones<br>City Hall<br>111 W Vine St.<br>Murfreesboro, TN 37130 | Austin Maxwell<br>City Hall<br>111 W Vine St.<br>Murfreesboro, TN 37130 |
| Shane McFarland<br>City Hall<br>111 W Vine St.<br>Murfreesboro, TN 37130 | Madelyn Scales Harris<br>City Hall<br>111 W Vine St.<br>Murfreesboro, TN 37130 |
| Craig G. Tindall<br>City Hall<br>111 W Vine St.<br>Murfreesboro, TN 37130 | Kirt Wade<br>City Hall<br>111 W Vine St.<br>Murfreesboro, TN 37130 |
| Shawn Wright<br>City Hall<br>111 W Vine St.<br>Murfreesboro, TN 37130 | |

*/s/D. Alan White*
    D. Alan White