# United States Court of Appeals for the Federal Circuit

## Certificate of Good Standing

I, Jarrett B. Perlow, Clerk of Court, certify that

# Dennis Alan White, Jr.

was duly admitted to practice in this court on November 14, 2019, and is in good standing as a member of the bar of this court.

Dated at: <u>717 Madison Place, N.W.</u>
<u>Washington, DC</u>

<u>Jarrett B. Perlow</u>
Clerk of Court

On: <u>October 05, 2023</u>

By: <u>M. Hull</u>
Deputy Clerk

*This Certificate is valid for 90 days from the date issued*