# United States Court of Appeals for the Federal Circuit

## Certificate of Good Standing

I, Jarrett B. Perlow, Clerk of Court, certify that

# Andrew Hensley

was duly admitted to practice in this court on January 25, 2022, and is in good standing as a member of the bar of this court.

Dated at: 717 Madison Place, N.W.  
Washington, DC

On: October 05, 2023

Jarrett B. Perlow  
Clerk of Court

By: *M. Hull*  
Deputy Clerk

*This Certificate is valid for 90 days from the date issued*