UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE EQUALITY PROJECT FOUNDATION, INC., | ) ) ) |
| Plaintiff, | ) ) No. 3:23-cv-01044 |
| v. | ) ) |
| THE CITY OF MURFREESBORO, TENNESSEE, et al., | ) ) ) |
| Defendants. | |

## ORDER

Pending before the Court is Tennessee Equality Project Foundation, Inc.'s (TEP) Motion for a Preliminary Injunction and Request for Expedited Briefing (Doc. No. 8). In accordance with the parties' representations during the telephonic status conference held by the Magistrate Judge on October 17, 2023, the parties shall jointly notify the Court if they resolve the issues raised in TEP's motion and accompanying memorandum. If the parties cannot reach a complete resolution, Defendants shall file their responsive briefs no later than **9:00 a.m. on October 20, 2023**, and TEP shall file any replies no later than **9:00 a.m. on October 24, 2023**. The Court shall hold a hearing on TEP's Motion (Doc. No. 8) at **1:00 p.m. on October 26, 2023**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE