# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

TENNESSEE EQUALITY PROJECT
FOUNDATION, INC.

v.

THE CITY OF MURFREESBORO *et al.*

)
)
)
)
)
)
)
)

Case No. 3:23-cv-01044
Chief Judge Crenshaw
Magistrate Judge Holmes

## O R D E R

A status conference was held on October 17, 2023. Counsel participating were: Michael Robotti, Jacquelyn Schell, and Lucas Cameron-Vaughn for Plaintiff; Robert Burns for the City Defendants (including individual Defendants in their official capacities); and, Kristin Berexa for the individual Defendants in their individual capacities. Counsel announced that, upon the Court's direction to continue efforts to resolve the issues raised in Plaintiff's motion for a preliminary injunction (Docket No. 8) in connection with the BoroPride Festival event scheduled for October 28 and 29, the parties reached an agreement and will submit a proposed agreed order for Chief Judge Crenshaw's consideration.

Regarding the preliminary injunction motion (Docket No. 8) generally, responsive briefing shall occur as agreed to by the parties as follows:

1.      City Defendants' response to the motion must be filed by no later than **November 13, 2023**, and shall not exceed 25 pages.[1] Plaintiff may file an optional reply by no later than **November 28, 2023**, which shall not exceed 10 pages.

---

[1] Plaintiff's counsel stated on the record during the October 17, 2023 conference that Plaintiff is not seeking injunctive relief against Defendants Shane McFarland and Craig Tindall in their individual capacities. With this clarification, no response to the preliminary injunction motion is required from those Defendants solely in their individual capacities.

2.	By no later than **noon on Friday, October 20, 2023**, the parties must file a proposed agreed order regarding enforcement of the subject Murfreesboro City Code sections (or ordinances) during the weekend of October 28-29, when the BoroPride Festival event is scheduled to take place.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

2