**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,** | |
| **Plaintiff,** | **Case No. 3:23-cv-01044** |
| **v.** | **Chief Judge Waverly D. Crenshaw** |
| **THE CITY OF MURFREESBORO, et al.,** | **Magistrate Judge Barbara D. Holmes** |
| **Defendants.** | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned counsel, Samantha A. Burnett, of the law firm of Howell & Fisher, PLLC, is entering her appearance for the Defendants the City of Murfreesboro, Tennessee; the City Council of Murfreesboro, Tennessee; Shane McFarland, in his official capacity; Craig G. Tindall, in his official capacity; Michael Bowen, in his official capacity; Kevin Jones, in his official capacity; Jami Averwater, in her official capacity; Madelyn Scales Harris, in her official capacity; Austin Maxwell, in his official capacity; Kirt Wade, in his official capacity; and Shawn Wright, in his official capacity, in the above-referenced matter.

/s/ *Samantha A. Burnett*
Samantha A. Burnett, #37250
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
sburnett@howell-fisher.com
(615)244-3370

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed electronically on this the 19th day of October 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to:

| | |
|---|---|
| Alex Little, # 029858<br>Burr Forman LLP<br>222 Second Avenue South, Suite 2000<br>Nashville, TN 37201<br>alex.little@burr.com<br><br>Stella Yarbrough, # 033637<br>Lucas Cameron-Vaughn, # 036284<br>Jeff Preptit, # 038451<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>Li Nowlin-Sohl, (*pro hac*)<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>lnowlin-sohl@aclu.org<br><br>Michael P. Robotti, (*pro hac*)<br>Jacquelyn N. Schell, (*pro hac*)<br>Catherine I. Seibel, (*pro hac*)<br>D. Alan White, (*pro hac*)<br>Andrew M. Hensley, (*pro hac*)<br>Ballard Spahr LLP<br>1675 Broadway, 19th Floor<br>New York, NY 10019-5820<br>robottim@ballardspahr.com<br>schellj@ballardspahr.com<br>seibelc@ballardspahr.com<br>whiteda@ballardspahr.com<br>hensleyd@ballardspahr.com<br><br>D. Alan White, (*pro hac*)<br>BALLARD SPAHR LLP<br>999 Peachtree Street NE, Suite 1600<br>Atlanta, GA 30309<br>Ph: (678) 420-9300<br>whiteda@ballardspahr.com | |

2

/s/ <em><strong>Samantha A. Burnett</strong></em>