# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

TENNESSEE EQUALITY PROJECT FOUNDATION, INC., )
)
Plaintiff, )
)
v. ) Docket No. 3:23-cv-01044
)
THE CITY OF MURFREESBORO, TENNESSEE, et al. )
)
Defendants. )

---

## NOTICE OF APPEARANCE

---

Kristin E. Berexa of Farrar | Bates | Berexa, 12 Cadillac Drive, Suite 480, Brentwood, Tennessee, hereby enters her appearance as counsel for defendants, Shane McFarland, in his individual capacity, and Craig Tindall, in his individual capacity, in the above-styled cause of action.

Respectfully submitted,

*/s/ Kristin E. Berexa*
Kristin E. Berexa, BPR NO. 14833
FARRAR | BATES | BEREXA
12 Cadillac Drive, Ste. 480
Brentwood, TN 37027
(615) 254-3060
kberexa@fbb.law

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 19th day of October 2023 a true and correct copy of the foregoing has been forwarded via the Court's electronic filing system to:

J. Alex Little
BURR FORMAN LLP
222 Second Avenue, South, Suite 2000
Nashville, TN  37201
alex.little@burr.com

Stella Yarbrough
Lucas Cameron-Vaughn
Jeff Preptit
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN  37212
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Li Nowlin-Sohl
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION
125 Broad Street
New York, NY 10004
lnowlin-sohl@aclu.org

*Attorneys for the Plaintiff*

Robert M. Burns
Samantha Burnett
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, Tennessee 37201
rburns@howell-fisher.com
SBurnett@howell-fisher.com

*Attorney for Defendants*



*/s/ Kristin E. Berexa*
Kristin E. Berexa