IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,** | |
| Plaintiff, | |
| v. | Case No. 3:23-cv-01044 |
| **THE CITY OF MURFREESBORO, et al.,** | **Chief Judge Waverly D. Crenshaw** |
| Defendants. | **Magistrate Judge Barbara D. Holmes** |

## AGREED ORDER

Pursuant to the agreement of the parties, as evidenced by the signatures of counsel below, and in conjunction with the representations made by counsel, as referenced in this Court's Order (DE 19), Defendants[1] shall not enforce Murfreesboro City Ordinance 23-O-22 or, to the extent it includes "homosexuality" in the definition of sexual conduct, Murfreesboro City Code § 21-71 on October 28 and 29, 2023.

It is SO ORDERED.

                                                                   WAVERLY D. CRENSHAW, JR.
                                                                   Chief Judge, United States District Court

---

[1] For purposes of this Order, "Defendants" refers to Defendants Craig G. Tindall and Shane McFarland in their official capacities only.

**APPROVED FOR ENTRY:**

**/s/ *Robert M. Burns*	**
Robert M. Burns, #15383
Samantha A. Burnett, #37250
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
sburnett@howell-fisher.com
(615)244-3370
*Attorneys for Defendants*


**/s/ *Michael P. Robotti* (w/ perm. by RMB)**
Alex Little, # 029858
Burr Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
alex.little@burr.com

Stella Yarbrough, # 033637
Lucas Cameron-Vaughn, # 036284
Jeff Preptit, # 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Li Nowlin-Sohl, (*pro hac*)
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
lnowlin-sohl@aclu.org

*Attorneys for Plaintiff*

Michael P. Robotti, (*pro hac*)
Jacquelyn N. Schell, (*pro hac*)
Catherine I. Seibel, (*pro hac*)
D. Alan White, (*pro hac*)
Andrew M. Hensley, (*pro hac*)
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
robottim@ballardspahr.com
schellj@ballardspahr.com
seibelc@ballardspahr.com
whiteda@ballardspahr.com
hensleyd@ballardspahr.com

D. Alan White, (*pro hac*)
BALLARD SPAHR LLP
999 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Ph: (678) 420-9300
whiteda@ballardspahr.com

**/s/ *Kristin E. Berexa* (w/ perm by RMB)**
Kristin E. Berexa, #14833
Cassandra M. Crane, #34889
FARRAR & BATES, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
Ph: (615) 254-3060
Fax: (615) 254-9835
kberexa@fbb.law
ccrane@fbb.law
*Attorneys for Defendants McFarland & Tindall, in their individual capacities*