# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

|  |  |
|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,** | |
| **Plaintiff,** | **Case No. 3:23-cv-01044** |
| **v.** | **Chief Judge Waverly D. Crenshaw** |
| **THE CITY OF MURFREESBORO, et al.,** | **Magistrate Judge Barbara D. Holmes** |
| **Defendants.** | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, _**Li Nowlin-Sohl**_____ hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiff, **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.**

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Western District of Washington. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Alex Little
Burr Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
(615) 724-3200
alex.little@burr.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ *Li Nowlin-Sohl*
Li Nowlin-Sohl

| | |
|---|---|
| Name: | Li Nowlin-Sohl |
| State where admitted and State Bar Number: | Washington 51512 |
| Business Address: | American Civil Liberties Union 125 Broad St New York, NY 10004 |
| Local Address [if different from above]: | N/A |
| Phone: | 206-348-3163 |
| Email: | lnowlin-sohl@aclu.org |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused a copy of the foregoing Motion for Admission

*Pro Hac Vice* to be served on the below counsel for Defendants via the CM/ECF system.

Kristin Ellis Berexa
Farrar Bates Berexa
12 Cadillac Drive
Suite 480
Brentwood, TN 37027
615-254-3060
Fax: 615-254-9835
Email: kberexa@fbb.law

Samantha A. Burnett
Howell & Fisher, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
(615) 244-3370
Fax: (615) 244-3518
Email: sburnett@howell-fisher.com

Robert M. Burns
Howell & Fisher, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
(615) 921-5211
Fax: (615) 244-3518
Email: rburns@howell-fisher.com

Cassandra M. Crane
Farrar Bates Berexa
12 Cadillac Drive
Suite 480
Brentwood, TN 37027
615-254-3060
Fax: 615-254-9835
Email: ccrane@fbb.law

*/s/      Li Nowlin-Sohl*