# United States District Court

## Western District of Washington



## CERTIFICATE OF GOOD STANDING

I, Ravi Subramanian, Clerk of the United States District Court for the Western District of Washington, do hereby certify that **Li Nowlin-Sohl** was admitted to practice in said Court on November 9th, 2016 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on the 11th day of October, 2023.

Ravi Subramanian
Clerk of Court

By _____
Deputy Clerk