

# U.S. District Court

### Tennessee Middle - Nashville

*3:23-cv-1044*

**THIS IS A COPY**

Receipt Date: Oct 19, 2023 1:16PM

BALLARD SPAHR
1735 Market Street, 51st Floor
Philadeplhia, PA 19103-7599

Rcpt. No: 300001181                    Trans. Date: Oct 19, 2023 1:16PM                    Cashier ID: #MG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 111 | Pro Hac Vice | DTNM307ATPROHAC /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |
| 111 | Pro Hac Vice | DTNM307ATPROHAC /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |
| 111 | Pro Hac Vice | DTNM307ATADMITS /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |
| 111 | Pro Hac Vice | DTNM307ATADMITS /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |
| 111 | Pro Hac Vice | DTNM307ATADMITS /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | Amt |
|----|--------|---|---|-----|
| PC | Check/Money Order | #639928 | 10/19/2023 | $750.00 |

|  | |
|---|---|
| Total Due Prior to Payment: | $750.00 |
| Total Tendered: | $750.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: Attorneys for Pro Had Vice admission: D. Alan White, Andrew M. Hensley, Michael P. Robotti, Jacquelyn Nicole Schell, and Catherine Seibel.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

*3:23 cv 1044*