UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CITY OF MURFREESBORO, et al.,**<br><br>Defendants. | **Case No. 3:23-cv-01044** |

## AGREED ORDER

Pursuant to the agreement of the parties, as evidenced by the signatures of counsel below, and in conjunction with the representations made by counsel, as referenced in this Court's Order (Doc. No. 19), and the telephone status conference conducted by the undersigned with counsel on October 20, 2023, the Plaintiff and Defendants have reached the agreement set forth below. Solely for purposes of this agreement, "Defendants" excludes Defendant City Manager Craig Tindall and Defendant City Mayor Shane McFarland in their individual capacities.

On October 28 and 29, 2023, Defendant City of Murfreesboro, acting through Defendant City Manager Craig Tindall; Defendant City Mayor Shane McFarland; the City's police department; or any other City official or entity, shall not enforce or take any action pursuant to Murfreesboro City Ordinance 23-O-22.

On October 28 and 29, 2023, Defendant City of Murfreesboro, acting through Defendant City Manager Craig Tindall; Defendant City Mayor Shane McFarland; the City's police department; or any other City official or entity, shall not enforce or take any action pursuant to the provision of Murfreesboro City Code § 21-71 that includes "homosexuality" within the definition of "sexual conduct."

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
Chief Judge, United States District Court

**APPROVED FOR ENTRY:**

**/s/ *Robert M. Burns***
Robert M. Burns, #15383
Samantha A. Burnett, #37250
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
sburnett@howell-fisher.com
(615)244-3370
*Attorneys for Defendants*

**/s/ *Michael P. Robotti* (w/ perm. by RMB)**

Alex Little, # 029858
Burr Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
alex.little@burr.com

Stella Yarbrough, # 033637
Lucas Cameron-Vaughn, # 036284
Jeff Preptit, # 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Li Nowlin-Sohl, (*pro hac*)
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
lnowlin-sohl@aclu.org

*Attorneys for Plaintiff*

Michael P. Robotti, (*pro hac*)
Jacquelyn N. Schell, (*pro hac*)
Catherine I. Seibel, (*pro hac*)
D. Alan White, (*pro hac*)
Andrew M. Hensley, (*pro hac*)
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
robottim@ballardspahr.com
schellj@ballardspahr.com
seibelc@ballardspahr.com
whiteda@ballardspahr.com
hensleyd@ballardspahr.com

D. Alan White, (*pro hac*)
BALLARD SPAHR LLP
999 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Ph: (678) 420-9300
whiteda@ballardspahr.com

**/s/ *Kristin E. Berexa* (w/ perm by RMB)**
Kristin E. Berexa, #14833
Cassandra M. Crane, #34889
FARRAR & BATES, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
Ph: (615) 254-3060
Fax: (615) 254-9835
kberexa@fbb.law
ccrane@fbb.law
*Attorneys for Defendants McFarland & Tindall, in their individual capacities*