**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:23-cv-01044** |
| **v.** | ) | |
| | ) | |
| **THE CITY OF MURFREESBORO, TENNESSEE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On October 23, 2023, the Court entered an Order (Doc. No. 28) restraining the enforcement of Murfreesboro City Ordinance 23-O-22 and a specific provision in Murfreesboro City Code § 21-71 on October 28 and 29, 2023. Accordingly, the hearing on October 26, 2023, set in the Court's prior Order (Doc. No. 18), and all associated deadlines are **VACATED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE