**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

|  |  |
|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE CITY OF MURFREESBORO, et al.,**<br><br>**Defendants.** | **Case No. 3:23-cv-01044**<br><br>**Chief Judge Waverly D. Crenshaw**<br><br>**Magistrate Judge Barbara D. Holmes** |

## JOINT MOTION TO SET DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

COME NOW Plaintiff and Defendants (together, the "Parties"), through undersigned counsel, and respectfully request that the Court enter an Order setting November 15, 2023, as the deadline for Defendants to file an Answer or otherwise respond to Plaintiff's Complaint (Doc. No. 1). In support of this motion, the Parties state as follows:

1. Defendants have agreed to accept service of Plaintiff's Complaint, filed on October 6, 2023.

2. Plaintiff has agreed that November 15, 2023, should be the deadline for Defendants to file an Answer or otherwise respond to Plaintiff's Complaint.

WHEREFORE, for the reasons stated above, the Parties jointly request that the Court enter the attached Proposed Order.

Respectfully submitted,

| | |
|---|---|
| */s/ Samantha A. Burnett* | */s/ D. Alan White* |
| Samantha A. Burnett | Michael P. Robotti (*pro hac vice*) |
| Howell & Fisher, PLLC | Jacquelyn N. Schell (*pro hac vice*) |
| 3310 West End Avenue | Catherine I. Seibel (*pro hac vice*) |
| Suite 550 | D. Alan White (*pro hac vice*) |
| Nashville, TN 37203 | Andrew M. Hensley (*pro hac vice*) |
| (615) 244-3370 | Ballard Spahr LLP |

Fax: (615) 244-3518
Email: sburnett@howell-fisher.com

Robert M. Burns
Howell & Fisher, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
(615) 921-5211
Fax: (615) 244-3518
Email: rburns@howell-fisher.com

*Counsel for Defendants the City of
Murfreesboro, Tennessee; the City Council of
Murfreesboro, Tennessee; and individual
Defendants in their official capacities*

/s/ Cassandra M. Crane
Cassandra M. Crane
Farrar Bates Berexa
12 Cadillac Drive
Suite 480
Brentwood, TN 37027
(615) 254-3060
Fax: 615-254-9835
Email: ccrane@fbb.law

Kristin Ellis Berexa
Farrar Bates Berexa
12 Cadillac Drive
Suite 480
Brentwood, TN 37027
(615) 254-3060
Fax: 615-254-9835
Email: kberexa@fbb.law

*Counsel for Defendants Shane McFarland
and Craig Tindall, in their individual
capacities*

1675 Broadway, 19th Floor
New York, NY 10019-5820
(212) 223-0200
robottim@ballardspahr.com
schellj@ballardspahr.com
seibelc@ballardspahr.com
whiteda@ballardspahr.com
hensleyd@ballardspahr.com

Alex Little, # 029858
Burr Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
(615) 724-3200
alex.little@burr.com

Stella Yarbrough, # 033637
Lucas Cameron-Vaughn, # 036284
Jeff Preptit, # 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Li Nowlin-Sohl (*pro hac vice forthcoming*)
(admitted only in Washington)
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org

*Counsel for Plaintiff*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE CITY OF MURFREESBORO, et al.,**<br><br>**Defendants.** | **Case No. 3:23-cv-01044**<br><br>**Chief Judge Waverly D. Crenshaw**<br><br>**Magistrate Judge Barbara D. Holmes** |

### [PROPOSED] ORDER

Pending before the Court is the Parties' Joint Motion to Set Deadline for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint. Having reviewed the Motion and for good cause shown, the Court hereby orders that Defendants shall file their Answer or otherwise respond to Plaintiff's Complaint on or before November 15, 2023.

IT IS SO ORDERED

Waverly D. Crenshaw, Jr.
Chief United States District Judge

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed electronically with the Court's Electronic Case Filing System (CM/ECF) on November 8, 2023, which will provide notice to all counsel of record electronically.

/s/ *D. Alan White*
D. Alan White