**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| **TENNESSEE EQUALITY PROJECT** ) | |
| **FOUNDATION, INC.** ) | |
| ) | **Case No. 3:23-cv-01044** |
| **v.** ) | **Chief Judge Crenshaw** |
| ) | **Magistrate Judge Holmes** |
| **CITY OF MURFREESBORO (THE)** *et al.* ) | |

**O R D E R**

Pending before the Court is the parties' joint motion to extend the time for Defendants to answer or otherwise respond to the complaint until November 15, 2023 (Docket No. 31), which is GRANTED. By no later than **November 15, 2023**, Defendants must answer or otherwise respond to the complaint. No further extensions of this time will be granted.

Additionally, as requested by counsel for the City Defendants during the initial case management conference held on November 13, 2023, and without opposition by Plaintiff, the deadline for the City Defendants to respond to Plaintiff's motion for preliminary injunction (Docket No. 8) is extended to **November 15, 2023**. No further extensions of this deadline will be granted. All other briefing deadlines remain unchanged. *See* Order at Docket No. 19.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge