IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| TENNESSEE EQUALITY PROJECT FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF MURFREESBORO, TENNESSEE, et al. <br><br> Defendants. | ) <br> ) <br> ) Case No. 3:23-cv-01044 <br> ) <br> ) Judge Waverly D. Crenshaw <br> ) <br> ) Magistrate Judge Barbara Holmes <br> ) <br> ) <br> ) JURY DEMAND[1] <br> ) |

## JOINT MOTION TO DISMISS FILED ON BEHALF
## OF INDIVIDUAL DEFENDANTS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Shane McFarland, in his individual and official capacities, and Michael Bowen, Kevin Jones, Jami Averwater, Madelyn Scales Harris, Austin Maxwell, Kirt Wade, Shawn Wright, and Craig Tindall, in their official capacities only, move to dismiss Plaintiffs' Verified Complaint with prejudice. In support of their Motion, these Defendants contemporaneously submit a Memorandum of Law.

---

[1] To the extent he is not dismissed, Shane McFarland demands a jury of twelve persons to try all issues joined in this cause. To the extent a twelve-person jury is not available in Federal Court, Mayor McFarland asserts that he should receive a jury of the maximum number of permissible jurors, and without limiting the foregoing, a jury of no fewer than eight.

Respectfully submitted,

*/s/ Cassandra M. Crane*
Kristin E. Berexa, BPR NO. 14833
Cassandra M. Crane, BPR NO. 34889
FARRAR | BATES | BEREXA
12 Cadillac Drive, Ste. 480
Brentwood, TN 37027
(615) 254-3060
kberexa@fbb.law
ccrane@fbb.law

*Counsel for Craig Tindall, in his individual capacity and Shane McFarland, in his individual capacity*


*/s/ Robert M. Burns*
Robert M. Burns (BPR #15383)
Samantha A. Burnett (BPR #37250)
HOWELL & FISHER, PLLC
3310 West End Avenue, Ste. 550
Nashville, TN  37203
rburns@howell-fisher.com
sburnett@howell-fisher.com

*Counsel for the City of Murfreesboro,
 Tennessee*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 15th day of November 2023 a true and correct copy of the foregoing Joint Motion to Dismiss filed on behalf of Individual Defendants has been forwarded via the Court's electronic filing system to:

J. Alex Little
BURR FORMAN LLP
222 Second Avenue, South, Suite 2000
Nashville, TN 37201
alex.little@burr.com

*Attorneys for Plaintiff*

Stella Yarbrough
Li Nowlin-Sohl
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION
125 Broad Street
New York, NY 10004
lnowlin-sohl@aclu.org

*Attorneys for the Plaintiff*

Lucas Cameron-Vaughn
Jeff Preptit
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

*Attorneys for Plaintiff*

Robert M. Burns
Samantha Burnett
HOWELL & FISHER, PLLC
3310 West End Avenue, Ste. 550
Nashville, TN 37203
rburns@howell-fisher.com
SBurnett@howell-fisher.com

*Attorneys for City of Murfreesboro, Tennessee*

/s/ Cassandra M. Crane
Cassandra M. Crane