DocuSign Envelope ID: 086416CD-AB13-4DE5-9306-4E2B8CE23BCB

ORDINANCE 23-O-31 amending Murfreesboro City Code, Chapter 21, Offenses and Miscellaneous Provisions, Article I, Section 21-23 and Article III, Section 21-71, regarding the definition of sexual conduct.

**WHEREAS,** the City periodically must update its ordinances consistent with current law in the interest of properly regulating public conduct.

**NOW, THEREFORE, BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF MURFREESBORO, TENNESSEE, AS FOLLOWS:**

<u>SECTION 1</u>. Section 21-23(C) and Section 21-71 of the Murfreesboro City Code is amended by deleting the word "homosexuality" from the definition of "Sexual conduct."

<u>SECTION 2</u>. That this Ordinance shall take effect fifteen (15) days after its passage upon second and final reading, the public welfare and the welfare of the City requiring it.

*[Signature]*
Shane McFarland, Mayor

Passed:
1st reading: October 19, 2023
2nd reading: November 2, 2023

ATTEST:

*[Signature]*
Jennifer Brown
City Recorder

SEAL

APPROVED AS TO FORM:

*[DocuSigned signature: Adam F. Tucker]*
Adam F. Tucker
City Attorney