**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE CITY OF MURFREESBORO, et al.,**<br><br>**Defendants.** | **Case No. 3:23-cv-01044**<br><br>**Chief Judge Waverly D. Crenshaw**<br><br>**Magistrate Judge Barbara D. Holmes** |

## JOINT MOTION TO REQUEST STATUS CONFERENCE

COME NOW Plaintiff and Defendants (together, the "Parties"), through undersigned counsel, and respectfully request that the Court set a status conference. In support of this motion, the Parties state as follows:

1. On November 13, 2023, the Parties attended a case management conference before Magistrate Judge Holmes.

2. Following the case management conference, Magistrate Judge Holmes entered an Initial Case Management Order directing the Parties to file a joint motion for a status conference with Chief Judge Crenshaw to discuss a combined trial and preliminary injunction hearing date and any other necessary or appropriate issues.

3. Counsel for the Parties have conferred and are all available to appear in person on December 4, 2023.

4. Counsel for the Parties respectfully request permission to appear at this requested status conference by telephone or by video conference, in an effort to reduce costs for the Parties, recognizing that Counsel will be traveling to Nashville and Murfreesboro several times in the

coming months for deposition and trial. If the Court conducts the status conference by telephone or video conference, Counsel for the Parties are also available the morning of December 1, 2023.

WHEREFORE, for the reasons stated above, the Parties jointly request that the Court schedule a status conference with Chief Judge Crenshaw for December 1 or 4, 2023, or such other time as the Court prefers.

Respectfully submitted,

/s/ Robert M. Burns (with permission)
Samantha A. Burnett
Howell & Fisher, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
(615) 244-3370
Fax: (615) 244-3518
Email: sburnett@howell-fisher.com

Robert M. Burns
Howell & Fisher, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
(615) 921-5211
Fax: (615) 244-3518
Email: rburns@howell-fisher.com

*Counsel for Defendants the City of Murfreesboro, Tennessee; the City Council of Murfreesboro, Tennessee; and individual Defendants in their official capacities*

/s/ Kristin E. Berexa (with permission)
Cassandra M. Crane
Farrar Bates Berexa
12 Cadillac Drive
Suite 480
Brentwood, TN 37027
(615) 254-3060
Fax: 615-254-9835
Email: ccrane@fbb.law

/s/ D. Alan White
Michael P. Robotti (*pro hac vice*)
Jacquelyn N. Schell (*pro hac vice*)
Catherine I. Seibel (*pro hac vice*)
D. Alan White (*pro hac vice*)
Andrew M. Hensley (*pro hac vice*)
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
(212) 223-0200
robottim@ballardspahr.com
schellj@ballardspahr.com
seibelc@ballardspahr.com
whiteda@ballardspahr.com
hensleyd@ballardspahr.com

Alex Little, # 029858
Burr Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
(615) 724-3200
alex.little@burr.com

Stella Yarbrough, # 033637
Lucas Cameron-Vaughn, # 036284
Jeff Preptit, # 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Kristin E. Berexa
Farrar Bates Berexa
12 Cadillac Drive
Suite 480
Brentwood, TN 37027
(615) 254-3060
Fax: 615-254-9835
Email: kberexa@fbb.law

*Counsel for Defendants Shane McFarland
and Craig Tindall, in their individual
capacities*

Li Nowlin-Sohl (*pro hac vice forthcoming*)
(admitted only in Washington)
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed electronically with the Court's Electronic Case Filing System

(CM/ECF) on November 15, 2023, which will provide notice to all counsel of record electronically.

/s/ *D. Alan White*
D. Alan White

4