

# U.S. District Court

## Tennessee Middle - Nashville

Receipt Date: Nov 16, 2023 4:00PM

AMERICAN CIVIL LIBERTIES
125 Broad Street
New York, NY 10004

| Rcpt. No: 300001437 | | Trans. Date: Nov 16, 2023 4:00PM | | | Cashier ID: #MG |
|---|---|---|---|---|---|

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTNM307ATPROHAC /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Check/Money Order | #43586 | 11/16/2023 | $150.00 |

|  | |
|---|---|
| Total Due Prior to Payment: | $150.00 |
| Total Tendered: | $150.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** PHV fee for Li Nowlin Sohl

*Case No. 3:23-cv-1044*

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.