UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE EQUALITY PROJECT FOUNDATION, INC., | ) ) ) |
| Plaintiff, | ) ) No. 3:23-cv-01044 |
| v. | ) ) |
| THE CITY OF MURFREESBORO, TENNESSEE, et al., | ) ) ) |
| Defendants. | |

## ORDER

The Joint Motion to Request Status Conference (Doc. No. 40) is **GRANTED** and an in-person status conference is set for **December 4, 2023,** at 9:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE