# Exhibit 1

| | |
|---|---|
| **From:** | Craig Tindall |
| **To:** | Shane McFarland |
| **Subject:** | 10.14.22 Letter to TEPF Redlined |
| **Date:** | Friday, October 14, 2022 3:13:51 PM |
| **Attachments:** | 10.14.22 Letter to TEPF Redlined.docx |

Draft to be finalized and go out Monday.

October 14, 2022

Tennessee Equality Project Foundation
Post Office Box 330895
Nashville, TN 37201

Re:     Boro Pride Festival

To Whom It May Concern:

It has come to my attention that the event your organization conducted on September 17, 2022 at a City facility, Cannonsburgh Village, violated City ordinances.

This event was promoted by your organization as "family friendly," among other similar descriptions. Your permit application also stated the event was an "all ages community festival." Having reviewed video of conduct during a portion of the event, I believe these promotional descriptions were misleading and your application submitted to the City contained material misrepresentation.

The portion of event was far from "family friendly" and clearly unsuitable for "all ages." The event contained conduct and speech of an explicitly sexual nature, which is a clear violation of the permit issued to your organization. More offensively, your event intentionally exposed young children to this conduct. These are clear violations of Murfreesboro City Code §§ 21-73 and 4-88. As a result, I will deny future special events permit submitted by your organization.

Additionally, the misrepresentation of your event and violations of City Code precludes your entering into further rental agreements with the Parks and Recreation Department. The above-described conduct, specifically the exposure of children to a harmful prurient interest, is inconsistent with the community standards of Murfreesboro. In fact, it is my belief that the conduct was specifically presented to denigrate and diminish those standards. The type of conduct described above is unacceptable and inconsistent with the use of City property.

        With due regard,

        Craig D. Tindall
        City Manager