# Exhibit 2

**Seibel, Catherine**

**Subject:** FW: Hearing tomorrow

---

**From:** Casey Crane <ccrane@fbb.law>
**Sent:** Monday, October 16, 2023 8:08 PM
**To:** Stella Yarbrough <SYarbrough@aclu-tn.org>; Kristin E. Berexa <kberexa@fbb.law>
**Cc:** Robotti, Michael <robottim@ballardspahr.com>
**Subject:** Re: Hearing tomorrow

Thanks, Stella.

Get Outlook for iOS
**\*\*PLEASE NOTE OUR EMAIL ADDRESSES AND WEBSITE HAVE CHANGED\*\***



**Casey Crane** | Partner
**FARRAR | BATES | BEREXA**
12 Cadillac Drive, Suite 480 | Brentwood, TN 37027
Tel: 615-620-7309 | Main 615-254-3060 | Fax 615-254-9835
ccrane@fbb.law | https://www.fbb.law

CONFIDENTIALITY NOTICE The information contained in this email message is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete the message. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege.

DISCLAIMER Pursuant to Circular 230 issued by the United States Treasury Department and relating to practice before the Internal Revenue Service, any comment or opinion in this communication relating to a federal tax issue is not intended to be used, and cannot be used, by a taxpayer for the purpose of avoiding tax-related penalties that may be imposed on the taxpayer.

---

**From:** Stella Yarbrough <SYarbrough@aclu-tn.org>
**Sent:** Monday, October 16, 2023 8:07:37 PM
**To:** Casey Crane <ccrane@fbb.law>; Kristin E. Berexa <kberexa@fbb.law>
**Cc:** Robotti, Michael <robottim@ballardspahr.com>
**Subject:** Hearing tomorrow

Hi Casey and Kristin,

Just following up with you separately to answer a question Casey had previously raised: I conferred with the team, and we will not be seeking preliminary injunctive relief against Mr. Tindall or Ms. McFarland in their personal capacities—just in their official capacities.

Regards,

Stella

**Stella Yarbrough** (she/her)

Legal Director
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, Tennessee 37212
615-320-7142
615-645-5070 (Direct line)
www.aclu-tn.org



This email was sent by an attorney or her agent, is intended only for the addressee's use, and may contain confidential and privileged information. If you are not the intended recipient, you are hereby notified that any retention, dissemination, reproduction or use of the information contained in this email is strictly prohibited. If you have received this email in error, please delete it and immediately notify the sender by reply email. Nothing in this email should be construed as a commitment by the sender or ACLU-TN to represent the addressee in any matter. Thank you for your cooperation.