# Exhibit 3

```
1            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF TENNESSEE
2                  NASHVILLE DIVISION

3

4  TENNESSEE EQUALITY PROJECT    )
   FOUNDATION, INC.              )
5                                )
   VS                            )   No. 3:23-cv-1044
6                                )
   THE CITY OF MURFREESBORO,     )
7  TENNESSEE, et al              )
   _____
8

9

10       BEFORE THE HONORABLE BARBARA D. HOLMES,

11                    MAGISTRATE JUDGE

12          **TRANSCRIPT OF ELECTRONIC RECORDING**

13                    October 17, 2023

14                  (Telephone Conference)

15 _____

16

17

18

19

20 _____

21 PREPARED FROM **ELECTRONIC RECORDING** BY:

22 **Roxann Harkins, RPR, CRR**
   Official Court Reporter
23 801 Broadway, Suite A837
   Nashville, TN 37203
24 615.403.8314
   roxann_harkins@tnmd.uscourts.gov
25
```

1  hearing over an issue that I feel reasonably confident
2  that counsel can get worked out to everyone's
3  satisfaction and assurance themselves, I'd be all for
4  that.  And I don't know what timeframe you're looking at.
5  Today's, what, Monday morning?  Maybe end of business
6  Wednesday, if that's possible.
7              THE COURT:  I think that makes sense.  Let
8  me hear from Ms. Berexa or Ms. Crane about the questions
9  that I've asked Mr. Burns.  So specifically any discovery
10 that's needed, any anticipated witnesses for any hearing
11 if it's going to be expedited.  And only with respect to
12 an expedited hearing.  I understand if this hearing is
13 pushed out to some later date that all of the procedural
14 issues and other things that we're talking about today
15 may completely change.  And then finally, whether there's
16 anything different than what Mr. Burns described with
17 respect to anticipated enforcement of the ordinance on
18 October 28.  So Ms. Berexa or Ms. Crane?
19             MS. CRANE:  Thank you, Your Honor.  This is
20 Casey Crane.  I'm actually going to make this very easy.
21 Plaintiff fashioned their motion to seek injunctive
22 relief against all defendants.  I reached out to Stella
23 Yarbrough from ACLU yesterday to kind of discuss whether
24 that was appropriate to seek injunctive relief against
25 the individuals.

```
                                                                   33
 1                  Ms. Yarbrough confirmed last night in an
 2    email that they are only seeking injunctive relief
 3    against the City and against the individuals in their
 4    official capacity.  So I don't know for the purposes of
 5    this motion or a hearing that we have a dog in the fight,
 6    quite frankly.  So I don't think we have anything to add,
 7    in addition to what Mr. Burns said.
 8                  That being said, of course if there are
 9    conversations amongst counsel in trying to reach an
10    agreement, we're happy to join those and cooperate to the
11    extent possible, but I don't think that our clients in
12    their individual capacity would be before the Court on
13    this issue.
14                  THE COURT:  Thank you for that
15    clarification, because it did appear to me also that the
16    motion for injunctive relief was as to all defendants, so
17    it's helpful to know that the plaintiff is no longer --
18    or maybe never was intending to proceed against the
19    individuals -- against the officials in their -- City
20    officials in their individual capacity because that does
21    at least simplify some of the issues.
22                  So then I think it's back to you,
23    Mr. Robotti, with respect to some of these questions.
24    First of all, the -- I know that you haven't had a chance
25    to talk yet to the defendant's counsel with respect to
```

34

the prospect of a -- reaching an agreement, but it is my intention to tell you that you-all need to have intensive discussions between now and either the close of business tomorrow or first thing Thursday morning to try to see if you can reach an agreement about what's going to happen on October 28. So that's one issue that I want you to address.

Then I also want you to confirm on the record that you are not seeking injunctive relief against the City officials in their individual capacities. And then finally to the extent that you don't reach an agreement if there are witnesses that the City or the City officials in their capacity intend to call depositions of those individuals.

So if you would address those. And also respond to any other of the matters that you'd like to respond to.

MR. ROBOTTI: Yes, thank you, Judge. So with respect to whom we're seeking injunctive relief against, that is correct, we are not seeking injunctive relief against the City officials in their individual capacities because our understanding is they do not have the ability in their individual capacities to enforce this ordinance. So that is accurate.

In terms of working out an agreement, of