UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE EQUALITY PROJECT FOUNDATION, INC., | ) ) ) |
| Plaintiff, | ) ) ) No. 3:23-cv-01044 |
| v. | ) ) |
| THE CITY OF MURFREESBORO, TENNESSEE, et al., | ) ) ) ) |
| Defendants. | |

### ORDER

On December 4, 2023, the Court held a status conference to discuss consolidation of Plaintiff's request for a preliminary injunction with trial. After discussion on the record, the parties agreed that consolidation was appropriate. For the reasons stated on the record, by no later than **December 8, 2023**, the parties shall jointly: (1) request the Court dismiss Plaintiff's claims for money damages against McFarland and Tindall in their official capacities in Counts XII through XIV as duplicative, which Plaintiff has conceded (see Doc. No. 45 at 18); and (2) file notice proposing trial dates. The parties' notice should also request any changes to the Initial Case Management Order (Doc. No. 34) necessary to prepare for trial.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE