IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TENNESSEE EQUALITY PROJECT FOUNDATION, INC., ) ) ) | |
| | Case No. 3:23-cv-1044 |
| Plaintiff, ) ) | |
| | Judge Waverly D. Crenshaw |
| v. ) | Magistrate Judge Barbara Holmes |
| ) | |
| THE CITY OF MURFREESBORO, TENNESSEE, et al., ) ) ) | JURY DEMAND |
| Defendants. ) | |

### JOINT MOTION TO REQUEST CASE MANAGEMENT CONFERENCE

COME NOW the Plaintiff and Defendants (together, the "Parties"), through undersigned counsel, and respectfully request that the Court set a case a management conference in this matter. In support of this Motion, the Parties state as follows:

1. On November 13, 2023, the Court entered the Initial Case Management Order (DE 34) in this matter.

2. Pursuant to Section J. of the Initial Case Management Order, Magistrate Judge Holmes ordered that "the parties must file a joint motion for a case management conference to discuss the case management events for which deadlines are reserved in this initial case management order and any other scheduling or case management issues" by no later than 3 business days after the Parties' status conference with Judge Crenshaw.

3. The Parties participated in a status conference with Judge Crenshaw on December 4, 2023; therefore, this motion is timely filed.

1

WHEREFORE, for the reasons stated above, the Parties respectfully request that the case management conference be set after Judge Crenshaw enters an order setting this matter for trial.[1] The Parties believe this will be helpful in setting or modifying any remaining deadlines during the requested case management conference.

Respectfully submitted,

| /s/ *Michael P. Robotti* (w/ perm. by SAB) | /s/ *Samantha A. Burnett* |
|---|---|
| Alex Little, # 29858<br>Burr Forman LLP<br>222 Second Avenue South, Suite 2000<br>Nashville, TN 37201<br>alex.little@burr.com<br><br>Stella Yarbrough, # 33637<br>Lucas Cameron-Vaughn, # 36284<br>Jeff Preptit, # 038451<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>Li Nowlin-Sohl, (*pro hac*)<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>lnowlin-sohl@aclu.org<br><br>Michael P. Robotti, (*pro hac*)<br>Jacquelyn N. Schell, (*pro hac*)<br>Catherine I. Seibel, (*pro hac*)<br>D. Alan White, (*pro hac*)<br>Andrew M. Hensley, (*pro hac*)<br>Ballard Spahr LLP<br>1675 Broadway, 19th Floor<br>New York, NY 10019-5820<br>robottim@ballardspahr.com<br>schellj@ballardspahr.com<br>seibelc@ballardspahr.com<br>whiteda@ballardspahr.com<br>hensleyd@ballardspahr.com | Robert M. Burns, #15383<br>Samantha A. Burnett, #37250<br>HOWELL & FISHER, PLLC<br>3310 West End Avenue, Suite 550<br>Nashville, TN 37203<br>rburns@howell-fisher.com<br>sburnett@howell-fisher.com<br>*Attorneys for City of Murfreesboro Defendants*<br><br><br>/s/ *Cassandra M. Crane* (w/ perm. by SAB)<br>Kristin Berexa, #14833<br>Cassandra M. Crane, #34889<br>FARRAR & BATES, LLP<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027<br>kberexa@fbb.law<br>ccrane@fbb.law<br>*Attorneys for Defendants McFarland & Tindall, in their individual capacities* |

---

[1] Per Judge Crenshaw's Order (DE 48), the Parties will file a joint notice on December 8, 2023, providing the Court with 3 agreed upon, available dates for trial.

| | |
|---|---|
| D. Alan White, (*pro hac*)<br>BALLARD SPAHR LLP<br>999 Peachtree Street NE, Suite 1600<br>Atlanta, GA 30309<br>Ph: (678) 420-9300<br>whiteda@ballardspahr.com<br>*Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically on this the 7th day of December 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

| | |
|---|---|
| Alex Little, # 29858<br>Burr Forman LLP<br>222 Second Avenue South, Suite 2000<br>Nashville, TN 37201<br>alex.little@burr.com<br><br>Stella Yarbrough, # 33637<br>Lucas Cameron-Vaughn, # 36284<br>Jeff Preptit, # 038451<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>Li Nowlin-Sohl, (*pro hac*)<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>lnowlin-sohl@aclu.org<br><br>Michael P. Robotti, (*pro hac*)<br>Jacquelyn N. Schell, (*pro hac*)<br>Catherine I. Seibel, (*pro hac*)<br>D. Alan White, (*pro hac*)<br>Andrew M. Hensley, (*pro hac*)<br>Ballard Spahr LLP<br>1675 Broadway, 19th Floor<br>New York, NY 10019-5820<br>robottim@ballardspahr.com<br>schellj@ballardspahr.com<br>seibelc@ballardspahr.com<br>whiteda@ballardspahr.com | Kristin Berexa, #14833<br>Cassandra M. Crane, #34889<br>FARRAR & BATES, LLP<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027<br>kberexa@fbb.law<br>ccrane@fbb.law<br>*Attorneys for Defendants McFarland & Tindall, in their individual capacities* |

| | |
|---|---|
| hensleyd@ballardspahr.com<br><br>D. Alan White, (*pro hac*)<br>BALLARD SPAHR LLP<br>999 Peachtree Street NE, Suite 1600<br>Atlanta, GA 30309<br>Ph: (678) 420-9300<br>whiteda@ballardspahr.com<br>*Attorneys for Plaintiff* | |

                                                  **/s/ *Samantha A. Burnett***