**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE CITY OF MURFREESBORO, et al.,**<br><br>**Defendants.** | **Case No. 3:23-cv-01044** |

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5 and LR 5.01, I hereby certify that on December 8, 2023,

Plaintiff Tennessee Equality Project Foundation, Inc. ("TEP") served the following discovery on

Defendants in the above captioned case:

- TEP's First Requests for Production to Defendant The City of Murfreesboro and Individual Defendants in their Official Capacities;

- TEP's First Interrogatories to Defendant The City of Murfreesboro and Individual Defendants in their Official Capacities;

- TEP's First Requests for Production to Defendant Shane McFarland in his Individual Capacity;

- TEP's First Interrogatories to Defendant Shane McFarland in his Individual Capacity;

- TEP's First Requests for Production to Defendant Craig D. Tindall in his Individual Capacity; and

- TEP's First Interrogatories to Defendant Craig D. Tindall in his Individual Capacity

The foregoing discovery was served upon Defendants vial email to the following

counsel of record:

Robert M. Burns
Samantha Burnett
HOWELL & FISHER, PLLC
3310 West End Avenue, Ste. 550
Nashville, TN 37203
rburns@howell-fisher.com
SBurnett@howell-fisher.com
*Attorneys for City of Murfreesboro,
Tennessee*

Kristin E. Berexa
Cassandra M. Crane
FARRAR & BATES, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
kberexa@fbb.law
ccrane@fbb.law
*Attorneys for Defendants
McFarland & Tindall,
in their individual capacities*

Dated: December 8, 2023

*/s/ D. Alan White*
D. Alan White

Alex Little, # 029858
**Burr Forman LLP**
222 Second Avenue South, Suite 2000
Nashville, TN 37201
(615) 724-3200
alex.little@burr.com

Stella Yarbrough, # 033637
Lucas Cameron-Vaughn, # 36284
Jeff Preptit, # 038451
**ACLU Foundation of Tennessee**
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Michael P. Robotti (admitted *pro hac vice*)
Jacquelyn N. Schell (admitted *pro hac vice*)
Andrew M. Hensley (admitted *pro hac vice*)
D. Alan White (admitted *pro hac vice*)
Catherine I. Seibel (admitted *pro hac vice*)
**Ballard Spahr LLP**
1675 Broadway, 19th Floor
New York , NY 10019-5820
(212) 223-0200
robottim@ballardspahr.com
schellj@ballardspahr.com
hensleyd@ballardspahr.com
whiteda@ballardspahr.com
seibelc@ballardspahr.com

Li Nowlin-Sohl (admitted *pro hac vice*)
(admitted only in Washington)
**American Civil Liberties Union**
**Foundation**
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org

*Attorneys for Plaintiff Tennessee Equality Project Foundation, Inc.*