IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,** | |
| **Plaintiff,** | Case No. 3:23-cv-01044 |
| v. | **Chief Judge Waverly D. Crenshaw** |
| **THE CITY OF MURFREESBORO, et al.,** | Magistrate Judge Barbara D. Holmes |
| **Defendants.** | |

**AGREED ORDER**
**REGARDING DISMISSAL OF CERTAIN COUNTS AND RELIEF**

Pursuant to the agreement of the parties, as evidenced by the signatures of counsel below, and in conjunction with the representations made by counsel:

1. In light of the City of Murfreesboro's repeal of the 1977 Definition (as defined in the Complaint), which went into effect on November 17, 2023, Plaintiff Tennessee Equality Project Foundation, Inc. ("Plaintiff") hereby dismisses with prejudice Counts VII through XI of its Complaint;

2. Plaintiff did not intend to assert Counts I through VI of the Complaint against Defendant Mayor Shane McFarland or Defendant Craig Tindall in their personal capacities; but for the avoidance of doubt, Plaintiff hereby dismisses with prejudice Counts I through VI of the Complaint as against Defendants McFarland and Tindall in their personal capacities. Plaintiff continues to assert Counts I through VI against Defendants McFarland and Tindall in their official capacities.

3. Plaintiff dismisses any claim for money damages against Defendants McFarland and Tindall in their official capacities in Counts XII through XIV of the Complaint. Plaintiff continues to seek injunctive relief under Counts XII through XIV against Defendants McFarland

and Tindall in their official capacities, as well as monetary damages against them in their personal capacities under Counts XII through XIV.

It is SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
Chief Judge, United States District Court

**APPROVED FOR ENTRY:**

*/s/ Andrew M. Hensley*
Alex Little, # 029858
Burr Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
(615) 724-3200
alex.little@burr.com

Stella Yarbrough, # 033637
Lucas Cameron-Vaughn, # 036284
Jeff Preptit, # 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Li Nowlin-Sohl (*pro hac vice*)
(admitted only in Washington)
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org

Michael P. Robotti (*pro hac vice*)
Jacquelyn N. Schell (*pro hac vice*)
Catherine I. Seibel (*pro hac vice*)
D. Alan White (*pro hac vice*)
Andrew M. Hensley (*pro hac vice*)
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
(212) 223-0200
robottim@ballardspahr.com
schellj@ballardspahr.com
seibelc@ballardspahr.com
whiteda@ballardspahr.com
hensleyd@ballardspahr.com

*/s/ Robert M. Burns (with permission)*
Robert M. Burns, #15383
Samantha A. Burnett, #37250
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
sburnett@howell-fisher.com
(615) 244-3370
*Attorneys for Defendant City of Murfreesboro and Individual Defendants in their Official Capacities*

*/s/ Kristin E. Berexa (with permission)*
Kristin E. Berexa, #14833
Cassandra M. Crane, #34889
FARRAR & BATES, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
Ph: (615) 254-3060
Fax: (615) 254-9835
kberexa@fbb.law
ccrane@fbb.law
*Attorneys for Defendants McFarland & Tindall, in their Individual Capacities*

## CERTIFICATE OF SERVICE

I certify that, on December 8, 2023, I electronically filed the foregoing Agreed Order Regarding Dismissal of Certain Counts and Relief, using the Court's cm/ecf system, which automatically provides notice via email to the following counsel of record:

Robert M. Burns
Samantha Burnett
HOWELL & FISHER, PLLC
3310 West End Avenue, Ste. 550
Nashville, TN 37203
rburns@howell-fisher.com
SBurnett@howell-fisher.com

*Counsel for Defendants the City of Murfreesboro, the City Council of Murfreesboro, and individual defendants in their official capacities*

Kristin E. Berexa
Cassandra M. Crane
FARRAR & BATES, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
kberexa@fbb.law
ccrane@fbb.law

*Counsel for Defendants Shane McFarland and Craig Tindal, in their individual capacities*

Respectfully submitted,      /s/ *Andrew M. Hensley*
                             Andrew M. Hensley