IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TENNESSEE EQUALITY PROJECT FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF MURFREESBORO, et al., <br><br> Defendants. | Case No. 3:23-cv-01044 <br><br> Chief Judge Waverly D. Crenshaw <br><br> Magistrate Judge Barbara D. Holmes |

## JOINT PROPOSED SCHEDULE FOR DISPOSITIVE MOTIONS AND TRIAL

Pursuant to the Honorable Judge Crenshaw's instructions at the status conference held on Monday, December 4, 2023, Plaintiff and Defendants (together, the "Parties"), through their undersigned counsel, state that they have conferred about availability for trial and are available for trial beginning on the following dates: May 14, 2024, August 13, 2024, and September 3, 2024. The Parties request that the Court schedule trial for 10 days. The Parties prefer the May 14, 2024 trial date or the September 3, 2024 date. Due to counsel's trial schedule and family obligations, the Parties are not available for trial in March, April, June and July.

Pursuant to this Court's December 6, 2023 Order (Doc. No. 48), the Parties also propose the following changes to the Initial Case Management Order (Doc. No. 34) in order to prepare for trial:

    a. The Parties will produce documents on a rolling basis, beginning on December 15, 2023;

    b. The Parties propose the following dates for dispositive motions:

        i. Motions filed by March 12, 2024;

        ii. Responses filed by April 2, 2024;

iii. Replies, if any, by April 12, 2024

c. The Parties are still working to determine what experts they will need and are working to agree on an appropriate disclosure schedule, and therefore request additional time to do so, pending initial discovery.

Respectfully submitted,

*/s/ Robert M. Burns (with permission)*
Robert M. Burns
Howell & Fisher, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
(615) 921-5211
Fax: (615) 244-3518
Email: rburns@howell-fisher.com

Samantha A. Burnett
Howell & Fisher, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
(615) 244-3370
Fax: (615) 244-3518
Email: sburnett@howell-fisher.com

*Counsel for Defendants the City of Murfreesboro, the City Council of Murfreesboro, and individual defendants in their official capacities*

*/s/ Cassandra M. Crane (with permission)*
Cassandra M. Crane
Farrar Bates Berexa
12 Cadillac Drive
Suite 480
Brentwood, TN 37027
(615) 254-3060
Fax: 615-254-9835
Email: ccrane@fbb.law

Kristin E. Berexa
Farrar Bates Berexa
12 Cadillac Drive

*/s/ Andrew M. Hensley*
Michael P. Robotti (*pro hac vice*)
Jacquelyn N. Schell (*pro hac vice*)
Catherine I. Seibel (*pro hac vice*)
D. Alan White (*pro hac vice*)
Andrew M. Hensley (*pro hac vice*)
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
(212) 223-0200
robottim@ballardspahr.com
schellj@ballardspahr.com
seibelc@ballardspahr.com
whiteda@ballardspahr.com
hensleyd@ballardspahr.com

Alex Little, # 029858
Burr Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
(615) 724-3200
alex.little@burr.com

Stella Yarbrough, # 033637
Lucas Cameron-Vaughn, # 036284
Jeff Preptit, # 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Li Nowlin-Sohl (*pro hac vice*)
(admitted only in Washington)

Suite 480
Brentwood, TN 37027
(615) 254-3060
Fax: 615-254-9835
Email: kberexa@fbb.law

*Counsel for Defendants Shane McFarland and Craig Tindal, in their individual capacities*

American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org

*Counsel for Plaintiff Tennessee Equality Project Foundation, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on December 8, 2023, I electronically filed the foregoing Joint Notice of Trial Availability, using the Court's cm/ecf system, which automatically provides notice via email to the following counsel of record:

Robert M. Burns
Samantha Burnett
HOWELL & FISHER, PLLC
3310 West End Avenue, Ste. 550
Nashville, TN 37203
rburns@howell-fisher.com
SBurnett@howell-fisher.com

*Counsel for Defendants the City of Murfreesboro, the City Council of Murfreesboro, and individual defendants in their official capacities*

Kristin E. Berexa
Cassandra M. Crane
FARRAR & BATES, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
kberexa@fbb.law
ccrane@fbb.law

*Counsel for Defendants Shane McFarland and Craig Tindal, in their individual capacities*

Respectfully submitted,        /s/ *Andrew M. Hensley*
                               Andrew M. Hensley