# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| TENNESSEE EQUALITY PROJECT FOUNDATION, INC. | ) ) | |
| | ) | **Case No. 3:23-cv-01044** |
| v. | ) | **Chief Judge Crenshaw** |
| | ) | **Magistrate Judge Holmes** |
| CITY OF MURFREESBORO (THE) *et al.* | ) | |

## O R D E R

Pending before the Court is the parties' joint motion to set a case management conference (Docket No. 50), which is **GRANTED**. A telephonic case management conference is **SCHEDULED** for **January 9, 2024 at 2:00 p.m. (CT)** using the Court's conference line at 1-877-402-9753, access code 3808663#. Prior to this date, counsel for the parties must confer about proposed modifications to the case management schedule (*see* Docket No. 34), and by no later than **January 5, 2024**, file a joint proposed first modified case management order, a Word formatted version of which must also be separately emailed to Megan Cobos, Courtroom Deputy, at email address Megan_Cobos@tnmd.uscourts.gov.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge