**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **TENNESSEE EQUALITY PROJECT** | ) | |
| **FOUNDATION, INC.** | ) | |
| | ) | **Case No. 3:23-cv-01044** |
| **v.** | ) | **Chief Judge Crenshaw** |
| | ) | **Magistrate Judge Holmes** |
| **CITY OF MURFREESBORO (THE)** *et al.* | ) | |

**O R D E R**

The telephonic status/case management conference scheduled for **Tuesday, January 9, 2024** will be held **at 3:00 p.m. (CT)**, rather than at 2:00 pm, using the Court's conference line at 1-877-402-9753, access code 3808663#.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge