## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE CITY OF MURFREESBORO, et al.,**<br><br>**Defendants.** | **Case No. 3:23-cv-01044**<br><br>**Chief Judge Waverly D. Crenshaw**<br><br>**Magistrate Judge Barbara D. Holmes** |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
## AND MOTION TO STAY

Plaintiff and Defendants (together, the "Parties"), through their undersigned counsel, respectfully submit this Notice to the Court that the Parties have reached an agreement in principle to resolve this case in its entirety. The Parties respectfully request that the Court stay all deadlines in this action for 30 days to allow the Parties to finalize their settlement agreement.

Respectfully submitted,

/s/ Robert M. Burns (with permission)
Robert M. Burns
Samantha A. Burnett
Howell & Fisher, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
(615) 921-5211
Fax: (615) 244-3518
Email: rburns@howell-fisher.com
Email: sburnett@howell-fisher.com

*Counsel for Defendants the City of Murfreesboro, the City Council of Murfreesboro, and individual defendants in their official capacities*

/s/ Kristin E. Berexa (with permission)
Kristin E. Berexa
Cassandra M. Crane

/s/ Jacquelyn N. Schell
Michael P. Robotti (*pro hac vice*)
Jacquelyn N. Schell (*pro hac vice*)
Catherine I. Seibel (*pro hac vice*)
D. Alan White (*pro hac vice*)
Andrew M. Hensley (*pro hac vice*)
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
(212) 223-0200
robottim@ballardspahr.com
schellj@ballardspahr.com
seibelc@ballardspahr.com
whiteda@ballardspahr.com
hensleyd@ballardspahr.com

Alex Little, # 029858
Burr Forman LLP
222 Second Avenue South, Suite 2000

Farrar Bates Berexa
12 Cadillac Drive
Suite 480
Brentwood, TN 37027
(615) 254-3060
Fax: 615-254-9835
Email: kberexa@fbb.law
Email: ccrane@fbb.law

*Counsel for Defendants Shane McFarland and Craig Tindal, in their individual capacities*

Nashville, TN 37201
(615) 724-3200
alex.little@burr.com

Stella Yarbrough, # 033637
Lucas Cameron-Vaughn, # 036284
Jeff Preptit, # 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Li Nowlin-Sohl (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org

*Counsel for Plaintiff Tennessee Equality Project Foundation, Inc.*

# CERTIFICATE OF SERVICE

I certify that, on January 5, 2024, I electronically filed the foregoing Joint Notice of Settlement in Principle and Motion to Stay, using the Court's cm/ecf system, which automatically provides notice via email to the following counsel of record:

Robert M. Burns
Samantha Burnett
HOWELL & FISHER, PLLC
3310 West End Avenue, Ste. 550
Nashville, TN 37203
rburns@howell-fisher.com
SBurnett@howell-fisher.com

*Counsel for Defendants the City of Murfreesboro, the City Council of Murfreesboro, and individual defendants in their official capacities*

Kristin E. Berexa
Cassandra M. Crane
FARRAR & BATES, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
kberexa@fbb.law
ccrane@fbb.law

*Counsel for Defendants Shane McFarland and Craig Tindal, in their individual capacities*

Respectfully submitted,

/s/ *Jacquelyn N. Schell*
Jacquelyn N. Schell