IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.** | ) ) ) | |
| v. | ) ) ) | **Case No. 3:23-cv-01044** <br> **Chief Judge Crenshaw** <br> **Magistrate Judge Holmes** |
| **CITY OF MURFREESBORO (THE)** *et al.* | ) | |

**O R D E R**

On January 5, 2024, the parties filed a Joint Notice of Settlement in Principle and Motion to Stay (Docket No. 60), which the Clerk is **DIRECTED** to re-docket as a motion. To allow the parties' requested time for finalization of settlement, the motion to stay is **GRANTED**. The status/case management conference presently set for January 9, 2024, is **CANCELLED**. All case management deadlines and provisions are conditionally **STAYED** until February 5, 2024, pending the parties' finalization of settlement.

By no later than **February 2, 2024**, the parties must submit either a stipulation of dismissal or a joint motion to dismiss with appended proposed agreed order of dismissal or other filing in resolution of this case.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge