## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

**TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,**

**Plaintiff,**

**v.**

**THE CITY OF MURFREESBORO, et al.,**

**Defendants.**

**Case No. 3:23-cv-01044**

**Chief Judge Waverly D. Crenshaw**

**Magistrate Judge Barbara D. Holmes**

## JOINT MOTION FOR EXTENSION OF TIME TO FILE
## STIPULATION OF DISMISSAL OR JOINT MOTION TO DISMISS

COME NOW Plaintiff and Defendants (together, the "Parties"), through the undersigned counsel, and respectfully request that the Court extend the deadline for filing a stipulation of dismissal or joint motion to dismiss by one week. Per the Court's Order of January 8, 2024 (Dkt. 61), the current deadline for these filings is February 2, 2024, and thus the Parties' proposed extension would make the new deadline February 9, 2024.

In support of this motion, the Parties state that they have entered into a settlement agreement that provides for dismissal of all claims in the above-captioned matter following Plaintiff's receipt of an agreed settlement payment. At the present time, the Parties are still waiting for the settlement payment to be processed, and intend to file a stipulation of dismissal as soon as this is accomplished.

Respectfully submitted,

/s/ Samantha A. Burnett (with permission)
Robert M. Burns
Samantha A. Burnett
Howell & Fisher, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203

/s/ Michael P. Robotti
Michael P. Robotti (*pro hac vice*)
Jacquelyn N. Schell (*pro hac vice*)
Catherine I. Seibel (*pro hac vice*)
D. Alan White (*pro hac vice*)
Andrew M. Hensley (*pro hac vice*)
Ballard Spahr LLP

(615) 921-5211
Fax: (615) 244-3518
Email: rburns@howell-fisher.com
Email: sburnett@howell-fisher.com

*Counsel for Defendants the City of Murfreesboro, the City Council of Murfreesboro, and individual defendants in their official capacities*

/s/ *Kristin E. Berexa (with permission)*
Kristin E. Berexa
Cassandra M. Crane
Farrar Bates Berexa
12 Cadillac Drive
Suite 480
Brentwood, TN 37027
(615) 254-3060
Fax: 615-254-9835
Email: kberexa@fbb.law
Email: ccrane@fbb.law

*Counsel for Defendants Shane McFarland and Craig Tindal, in their individual capacities*

1675 Broadway, 19th Floor
New York, NY 10019-5820
(212) 223-0200
robottim@ballardspahr.com
schellj@ballardspahr.com
seibelc@ballardspahr.com
whiteda@ballardspahr.com
hensleyd@ballardspahr.com

Alex Little, # 029858
Burr Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
(615) 724-3200
alex.little@burr.com

Stella Yarbrough, # 033637
Lucas Cameron-Vaughn, # 036284
Jeff Preptit, # 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Li Nowlin-Sohl (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org

*Counsel for Plaintiff Tennessee Equality Project Foundation, Inc.*

2

<u>**CERTIFICATE OF SERVICE**</u>

I certify that, on February 2, 2024, I electronically filed the foregoing Joint Motion for Extension of Time to File Stipulation of Dismissal or Joint Motion to Dismiss, using the Court's cm/ecf system, which automatically provides notice via email to the following counsel of record:

Robert M. Burns
Samantha Burnett
HOWELL & FISHER, PLLC
3310 West End Avenue, Ste. 550
Nashville, TN 37203
rburns@howell-fisher.com
SBurnett@howell-fisher.com

*Counsel for Defendants the City of Murfreesboro, the City Council of Murfreesboro, and individual defendants in their official capacities*

Kristin E. Berexa
Cassandra M. Crane
FARRAR & BATES, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
kberexa@fbb.law
ccrane@fbb.law

*Counsel for Defendants Shane McFarland and Craig Tindal, in their individual capacities*

Respectfully submitted,

/s/ *Michael P. Robotti*
Michael P. Robotti