**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE CITY OF MURFREESBORO, et al.,**<br><br>**Defendants.** | **Case No. 3:23-cv-01044**<br><br>**Chief Judge Waverly D. Crenshaw**<br><br>**Magistrate Judge Barbara D. Holmes** |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
STIPULATION OF DISMISSAL OR JOINT MOTION TO DISMISS**

COME NOW Plaintiff and Defendants (together, the "Parties"), through the undersigned counsel, and respectfully request that the Court extend the deadline for filing a stipulation of dismissal or joint motion to dismiss by one week. Per the Court's Order of January 8, 2024 (Dkt. 61), the current deadline for these filings is February 2, 2024, and thus the Parties' proposed extension would make the new deadline February 9, 2024.

In support of this motion, the Parties state that they have entered into a settlement agreement that provides for dismissal of all claims in the above-captioned matter following Plaintiff's receipt of an agreed settlement payment. At the present time, the Parties are still waiting for the settlement payment to be processed, and intend to file a stipulation of dismissal as soon as this is accomplished.

Respectfully submitted,

| | |
|---|---|
| */s/ Samantha A. Burnett (with permission)* | */s/ Michael P. Robotti* |
| Robert M. Burns | Michael P. Robotti (*pro hac vice*) |
| Samantha A. Burnett | Jacquelyn N. Schell (*pro hac vice*) |
| Howell & Fisher, PLLC | Catherine I. Seibel (*pro hac vice*) |
| 3310 West End Avenue | D. Alan White (*pro hac vice*) |
| Suite 550 | Andrew M. Hensley (*pro hac vice*) |
| Nashville, TN 37203 | Ballard Spahr LLP |