## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TENNESSEE EQUALITY PROJECT FOUNDATION, INC.,<br><br>**Plaintiff,**<br><br>v.<br><br>THE CITY OF MURFREESBORO, et al.,<br><br>**Defendants.** | Case No. 3:23-cv-01044<br><br>**Chief Judge Waverly D. Crenshaw**<br><br>**Magistrate Judge Barbara D. Holmes** |

### STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

The Parties stipulate that Plaintiff and the City of Murfreesboro, Tennessee have entered into a settlement agreement and that all remaining claims in the above-captioned matter, including the claims against the individual defendants Shane McFarland and Craig Tindall in their personal capacities, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

/s/ Robert M. Burns   (with permission)
Robert M. Burns
Howell & Fisher, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
(615) 921-5211
Fax: (615) 244-3518
Email: rburns@howell-fisher.com

Samantha A. Burnett
Howell & Fisher, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
(615) 244-3370
Fax: (615) 244-3518
Email: sburnett@howell-fisher.com

*Counsel for Defendants the City of*

/s/  Michael P. Robotti
Michael P. Robotti (*pro hac vice*)
Jacquelyn N. Schell (*pro hac vice*)
Catherine I. Seibel (*pro hac vice*)
D. Alan White (*pro hac vice*)
Andrew M. Hensley (*pro hac vice*)
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
(212) 223-0200
robottim@ballardspahr.com
schellj@ballardspahr.com
seibelc@ballardspahr.com
whiteda@ballardspahr.com
hensleyd@ballardspahr.com

Alex Little, # 029858
Burr Forman LLP

*Murfreesboro, the City Council of Murfreesboro, and individual defendants in their official capacities*

/s/ Cassandra M. Crane  (with permission)
Cassandra M. Crane
Farrar Bates Berexa
12 Cadillac Drive
Suite 480
Brentwood, TN 37027
(615) 254-3060
Fax: 615-254-9835
Email: ccrane@fbb.law

Kristin E. Berexa
Farrar Bates Berexa
12 Cadillac Drive
Suite 480
Brentwood, TN 37027
(615) 254-3060
Fax: 615-254-9835
Email: kberexa@fbb.law

*Counsel for Defendants Shane McFarland and Craig Tindal, in their individual capacities*

222 Second Avenue South, Suite 2000
Nashville, TN 37201
(615) 724-3200
alex.little@burr.com

Stella Yarbrough, # 033637
Lucas Cameron-Vaughn, # 036284
Jeff Preptit, # 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Li Nowlin-Sohl (*pro hac vice*)
(admitted only in Washington)
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org

*Counsel for Plaintiff Tennessee Equality Project Foundation, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that, on February 7, 2024, I electronically filed the foregoing Stipulated Notice of Dismissal with Prejudice, using the Court's cm/ecf system, which automatically provides notice via email to the following counsel of record:

Robert M. Burns
Samantha Burnett
HOWELL & FISHER, PLLC
3310 West End Avenue, Ste. 550
Nashville, TN 37203
rburns@howell-fisher.com
SBurnett@howell-fisher.com
*Attorneys for City of Murfreesboro,*
*Tennessee*

Kristin E. Berexa
Cassandra M. Crane
FARRAR & BATES, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
kberexa@fbb.law
ccrane@fbb.law
*Attorneys for Defendants*
*McFarland & Tindall,*
*in their individual capacities*

   Respectfully submitted,       /s/ *Michael P. Robotti*