UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE EQUALITY PROJECT FOUNDATION, INC., | ) ) ) |
| Plaintiff, | ) ) ) NO. 3:23-cv-01044 |
| v. | ) ) |
| THE CITY OF MURFREESBORO, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

The parties have filed a Stipulated Notice of Dismissal with Prejudice (Doc. No. 64). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE